

**More than a policy.  A promise.**

August 26, 2022

I certify that the attached is a true, correct and complete copy of the following Policy issued by National Trust Insurance Company, a member of FCCI Insurance Group:

| NAMED INSURED | POLICY NUMBER | EFFECTIVE DATE |
|---|---|---|
| Klein Contracting Corp. | CA100003734-05 | 07-01-2020 to 07-01-2021 |

Patrick Watland, AVP, Corporate Underwriting
FCCI Insurance Group



POLICYHOLDER: KLEIN CONTRACTING CORP
4190 PLEASANTDALE RD
DORAVILLE GA 30340-3500

BILL TO:

KLEIN CONTRACTING CORP
4190 PLEASANTDALE RD
DORAVILLE GA 30340-3500

POLICY TYPE : Commercial Auto
**POLICY NUMBER : CA10000373405**
POLICY PERIOD : FROM 07/01/2020 TO 07/01/2021
ISSUE DATE : 11/07/2020
CARRIER : National Trust Insurance Company
**EFFECTIVE DATE OF CANCELLATION:   11/22/2020**
12:01 AM Standard time at your mailing address shown

For billing inquiries, please call 800-226-3224
Agent:
YATES INSURANCE AGENCY INC
2800 CENTURY PKWY NE STE 300
ATLANTA GA 30345
Phone Number 404-633-4321
Agency ID 3036001

## NOTICE OF CANCELLATION

Dear Policyholder:
You are notified in accordance with the provisions of the above policy and state law that your insurance will terminate at
and from the hour and date shown above for non-payment of premium. If full payment of premium due is made before
this date, the policy will remain in effect.

**Total Policy Balance** Premium Info Redacted
**Minimum Due** Premium Info Redacted
**\*Includes I**

**To avoid delay in posting payments, please return the stub below with your payment to the address listed below.**

Contains copyrighted material of Uniform Information Services, Inc.

1-PSWO-2481-NA-04, 3/07
**INSURED'S COPY**



Please make check payable to: **FCCI INSURANCE GROUP**
PO BOX 405563
ATLANTA GA  30384-5563

**POLICY NUMBER:**        CA10000373405
**ACCOUNT NUMBER:**      A00805609-02

Please indicate payment enclosed and write your
POLICY NUMBER on your check.

POLICYHOLDER:   KLEIN CONTRACTING CORP
4190 PLEASANTDALE RD
DORAVILLE GA 30340-3500

## Premium Info Redacted

(Due Upon Receipt)

010  000197903  001047778  CA10000373405***  0080560902



POLICY HOLDER:     KLEIN CONTRACTING CORP
                   4190 PLEASANTDALE RD
                   DORAVILLE GA 30340-3500

ACCOUNT NUMBER :   A00805609-02
STATEMENT DATE :   11/10/2020
         CARRIER :   National Trust Insurance Company

BILL TO:

KLEIN CONTRACTING CORP
4190 PLEASANTDALE RD
DORAVILLE GA 30340-3500

Name and Address of Agent/Broker:
Agency # 3036001
YATES INSURANCE AGENCY INC
2800 CENTURY PKWY NE STE 300
ATLANTA GA 30345
404-633-4321

## RESCISSION NOTICE

| POLICY NUMBER | DESCRIPTION | RESCISSION EFFECTIVE DATE | POLICY PERIOD |
|---|---|---|---|
| CA10000373405 | Commercial Auto | 11/22/2020 12:01 AM | 07/01/2020 - 07/01/2021 |

Please disregard the Notice of Cancellation previously sent to you. The Notice of Cancellation was rescinded on the
date and time shown above, and your current policy terms and conditions remain in force.
For billing inquiries please call 800-226-3224. For coverage information, please contact your agent.

1-PSWO-2482-NA-04. 3/07

## NOTICE OF CANCELLATION, NONRENEWAL OR DECLINATION OF INSURANCE
### (Georgia)

| | |
|---|---|
| **NAME AND ADDRESS OF INSURANCE COMPANY** | National Trust Insurance Company<br>6300 UNIVERSITY PARKWAY<br>SARASOTA, FL<br>800-226-3224  /  941-907-3224<br><br>AGENCY ID: 3036 - 001 |

| | |
|---|---|
| KIND OF POLICY: Commercial Auto | |
| POLICY/APPLICATION/BINDER NO.: CA10000373405 | |
| EFFECTIVE DATE OF NOTICE: | |
| 07/01/2021    at 12:01 a.m. | |
| (DATE)    (HOUR-STANDARD TIME AT THE ADDRESS OF THE INSURED) | |
| DATE OF MAILING: 05/02/2021 | |

**NAME AND ADDRESS OF INSURED**
Klein Contracting Corp
4190 Pleasantdale Rd
Doraville, GA 30340-3500

NAME AND ADDRESS OF AGENT/BROKER:
YATES INSURANCE AGENCY INC
2800 CENTURY PKWY NE STE 300
ATLANTA, GA 30345  Tel: (404) 633-4321

**(Applicable item marked "X")**

**Cancellation**

☐ You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that your insurance will cease at and from the hour and date mentioned above.

☐ **Reason for cancellation:** Nonpayment of premium.

See the **"Important Notices"** section for other information that may apply.

☐ You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that your insurance will cease at and from the hour and date mentioned above for the **reason(s)** stated in the **"Important Notices"** section.

**Review by the Commissioner of Insurance:** Within fifteen (15) days of receipt of this Notice of Cancellation, you may mail or deliver a written request for a review of the cancellation by the Commissioner if you believe your policy has been canceled in violation of Code Section 33-24-45(c) of the Official Code of Georgia Annotated. Your request must state the reasons why you feel the cancellation is in violation of this Code Section.

If you decide to request review by the Commissioner you must tender to your insurer a 30 day pro rata portion of the premium applicable to the policy at the time the cancellation is issued. You must submit proof of such tender as part of your request for review by the Commissioner. The amount to be tendered to meet this requirement is $_____.

See the **"Important Notices"** section for other information that may apply.

**Premium Adjustment**

☐ Unearned premium will be returned to you or your agent of record not later than the effective date of cancellation.
☐ Unearned premium will be returned to the premium finance company in accordance with Georgia law.
☐ Enclosed is $_____, being the amount of return premium at pro rata rate for the unexpired term of this policy.
☐ A bill for the premium earned to the time of cancellation will be forwarded in due course.
☒ Other: Refer to policy for premium adjustment conditions

**Nonrenewal**

☒ You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that the above mentioned policy will expire effective at and from the hour and date mentioned above and the policy will NOT be renewed.

See the **"Important Notices"** section for other information that may apply.

☐ You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that the above mentioned policy will expire effective at and from the hour and date mentioned above and the policy will NOT be renewed for the **reason(s)** stated in the **"Important Notices"** section.

**Review by the Commissioner of Insurance:** Code Section 33-24-45 of the Official Code of Georgia Annotated (O.C.G.A.) provides that this insurer must upon request, furnish you with the reasons for the failure to renew this policy. If you wish to assert that the nonrenewal is unlawful, you must file a written notice with this insurer before the time at which the nonrenewal becomes effective. The notice must specify the manner in which the failure to renew is alleged to be unlawful.

If you do not file the written notice, you may not later assert a claim or action against this insurer based upon an unlawful nonrenewal.

Additionally, within fifteen (15) days of receipt of this Notice of Nonrenewal, you may mail or deliver a written request for a review of the nonrenewal by the Commissioner if you believe your policy has been nonrenewed in violation of O.C.G.A. Section 33-24-45. Your request must state the reasons why you believe the nonrenewal is in violation of O.C.G.A. Section 33-24-45(e).

If you decide to request review by the Commissioner you must tender to your insurer a 30 day pro rata portion of the premium applicable to the policy at the time the cancellation is issued. You must submit proof of such tender as part of your request for review by the Commissioner. The amount to be tendered to meet this requirement is $_____.

See the **"Important Notices"** section for other information that may apply.

**Declination of Insurance**

☐ Your written application or written request for the kind of insurance mentioned above has been declined for the **reason(s)** stated in the **"Important Notices"** section.

See the **"Important Notices"** section for other information that may apply.

## NOTICE OF CANCELLATION, NONRENEWAL OR DECLINATION OF INSURANCE
### (Georgia)

| | |
|---|---|
| **NAME AND ADDRESS OF INSURANCE COMPANY**<br>National Trust Insurance Company<br>6300 UNIVERSITY PARKWAY<br>SARASOTA, FL<br>800-226-3224 / 941-907-3224<br><br>AGENCY ID: 3036 - 001 | **KIND OF POLICY:** Commercial Auto |
| | **POLICY/APPLICATION/BINDER NO.:** CA10000373405 |
| | **EFFECTIVE DATE OF NOTICE:**<br>07/01/2021  at 12:01 a.m.<br>(DATE)  (HOUR-STANDARD TIME AT THE ADDRESS OF THE INSURED) |
| | **DATE OF MAILING:** 05/02/2021 |
| **NAME AND ADDRESS OF INSURED**<br>Klein Contracting Corp<br>4190 Pleasantdale Rd<br>Doraville, GA 30340-3500 | **NAME AND ADDRESS OF AGENT/BROKER:**<br>YATES INSURANCE AGENCY INC<br>2800 CENTURY PKWY NE STE 300<br>ATLANTA, GA 30345 Tel: (404) 633-4321 |

**Important Notices**

☐ **REVIEW BY THE INSURANCE COMMISSIONER:** You may request a review by the Commissioner of Insurance by sending such request to: Insurance Commissioner, Office of Insurance and Safety Fire Commissioner, 2 Martin Luther King, Jr. Drive, Suite 716, West Tower, Atlanta, Georgia 30334.

☒ **Reason(s) for cancellation, nonrenewal or declination (reason(s) stated only if this item is marked):**
Loss History

☐ **Additional Information Regarding the Reason(s) for Cancellation, Nonrenewal or Declination of Insurance:** You have the right to know the specific items of information that support the reasons given for this decision and the identity of the source of that information. You also have the right to see and obtain copies of documents relating to this decision.

If you ask us to correct, amend, or delete any information about you in our files and if we refuse to do so, you have the right to give us a concise statement of what you believe is the correct information. We will put your statement in our file so that anyone reviewing your file will see it.

If you would like additional information concerning this action, state law requires that you submit a written request within ninety (90) business days of the date this notice was mailed to you. Please send your request to:

(Name and address of the person or department to contact for additional information.)

☐ **Nonrenewal Due to Termination of Agency Representation:** Your policy is not being renewed because your present agent no longer represents us. You have the option of procuring coverage through your present agent or retaining your policy with us by applying through another agent of ours. Georgia law (Section 33-24-45) provides that if you locate another agent of ours and apply to us for the renewal of your policy before the nonrenewal becomes effective, we will treat the application as a renewal and not as an application for a new policy.

☒ **Automobile Insurance Plan Information:** This cancellation or nonrenewal pertains to automobile insurance other than insurance issued under the Georgia Automobile Insurance Plan. You are possibly eligible for automobile insurance under the Georgia Automobile Insurance Plan. This notification of the availability of the Georgia Automobile Insurance Plan is given pursuant to the provisions of Section 33-24-45 of the Georgia Insurance Code.

☐ **Appeal to Automobile Insurance Plan Governing Committee:** You are hereby advised, regarding the above notification of cancellation or nonrenewal, that you have the right of appeal to the Governing Committee of the Georgia Automobile Insurance Plan, P.O. Box 530850, Birmingham, Alabama 35253-0850.

☒ **Loss Information:** The policy being cancelled or nonrenewed provides commercial risk insurance. A written report of loss history information is being provided to you herewith, or, if not provided herewith, will be provided to you within 30 days of your request. A loss history report includes information on closed and open claims and on notices of occurrence. If you have questions about the loss history report or would like to make a request to receive a report, please contact:
Commercial Underwriting Dept., 6300 UNIVERSITY PARKWAY, SARASOTA, FL

(Name and address of the person or department to contact for additional information.)

☐ **Consumer Report:** In compliance with the Fair Credit Reporting Act (FCRA), as amended, you are hereby informed that the action taken above is being taken wholly or partly because of information contained in a consumer report from the following consumer reporting agency:
(Name) _____  (Phone Number) _____
(Address) _____
**Please see additional information for a disclosure of your rights under this federal law.**

(E)GU 6643q (Ed. 1-14) Wolters Kluwer Financial Services | Uniform Forms™
© 2013 Wolters Kluwer Financial Services

INSURED'S COPY

## NOTICE OF CANCELLATION, NONRENEWAL OR DECLINATION OF INSURANCE

(Georgia)

| | |
|---|---|
| NAME AND ADDRESS OF INSURANCE COMPANY | National Trust Insurance Company<br>6300 UNIVERSITY PARKWAY<br>SARASOTA, FL<br>800-226-3224 / 941-907-3224<br><br>AGENCY ID: 3036 - 001 |

KIND OF POLICY:  Commercial Auto

POLICY/APPLICATION/BINDER NO.:   CA10000373405

EFFECTIVE DATE OF NOTICE:
  07/01/2021          at 12:01 a.m.
        (DATE)                    (HOUR-STANDARD TIME AT THE ADDRESS OF THE INSURED)

DATE OF MAILING:    05/02/2021

| | |
|---|---|
| NAME AND ADDRESS OF INSURED | Klein Contracting Corp<br>4190 Pleasantdale Rd<br>Doraville, GA 30340-3500 |

NAME AND ADDRESS OF AGENT/BROKER:
YATES INSURANCE AGENCY INC
2800 CENTURY PKWY NE STE 300
ATLANTA, GA 30345  Tel: (404) 633-4321

### Additional Information regarding your rights under the federal Fair Credit Reporting Act (FCRA)

**Pursuant to the FCRA, you are informed that:**

The consumer reporting agency identified on this form did not make any decisions regarding the stated insurance policy. Therefore, the consumer reporting agency would not be able to provide you with the specific reasons why the insurance company is taking the present action.

You have the right to obtain within 60 days of the receipt of this notice a free copy of your consumer report from the consumer reporting agency which has been identified on this form.

You have the right to dispute inaccurate information by contacting the consumer reporting agency directly. Once you have directly notified the consumer reporting agency of your dispute, the agency must, within a reasonable period of time reinvestigate and record the current status of the disputed information. If after reinvestigation, such information is found to be inaccurate or unverifiable, such information must be promptly deleted from your records. If the reinvestigation does not resolve the dispute, you may file a brief statement setting forth the nature of the dispute with the consumer reporting agency. Your filed statement will then be included or summarized in any subsequent consumer report containing the information in question.

For complete information regarding the FRCA, please refer to The Code of the Laws of the United States of America, Title 15, Chapter 41, Subchapter III, (15 U.S.C. §1681 et seq.).



AUTHORIZED REPRESENTATIVE

IL N 159 01 08

# GEORGIA UNINSURED MOTORISTS COVERAGE NOTICE ACKNOWLEDGMENT

**Applicant/Named Insured:**
Klein Contracting Corp

**Company:**
National Trust Insurance Company

**Policy Number:**
CA100003734-05

**Policy Effective Date:**
07-01-20

The Rules and Regulations of the State of Georgia require that we provide you with notice containing the following information:

If you have chosen to accept Uninsured Motorists coverage from your automobile insurance company, and have any questions after reading this statement regarding Uninsured Motorists coverage or the amount of coverage you have selected, your agent or company representative will be able to assist you. You should have chosen the amount of Uninsured Motorists coverage you want based on this question: If I get hit by someone with little or no liability insurance, how much protection do I need to cover the cost associated with car repair, medical bills, other expenses, and lost wages? If the person who hits your automobile has no liability coverage or liability coverage equal to or less than the Uninsured Motorists amount you chose, your total automobile insurance recovery (from all companies involved) may not exceed the amount of Uninsured Motorists coverage you chose.

The purpose of this notice is informational. This notice does not change or replace the wording in your policy.

Please sign below to confirm that we have provided you with notice containing the above information.

_____     _____
**Signature Of Applicant/Named Insured**                    **Date Signed**

IL N 159 01 08

Page 1 of 1

Insured Copy

IL U 049 01 09

# GEORGIA UNINSURED MOTORISTS COVERAGE SELECTION/REJECTION

| Policy Number: | Policy Effective Date: |
|---|---|
| CA100003734-05 | 07-01-20 |
| **Company:** | |
| National Trust Insurance Company | |
| **Producer:** | |
| YATES INSURANCE AGENCY INC | |
| **Applicant/Named Insured:** | |
| Klein Contracting Corp | |

Georgia law permits you to make certain decisions regarding Uninsured Motorists Coverage. This document describes this coverage and the options available.

You should read this document carefully and contact us or your agent if you have any questions regarding Uninsured Motorists Coverage and your options with respect to this coverage.

This document includes general descriptions of coverage. However, no coverage is provided by this document. You should read your policy and review your Declarations Page(s) and/or Schedule(s) for complete information on the coverages you are provided.

## UNINSURED MOTORISTS COVERAGE

Uninsured Motorists Coverage provides insurance protection to an insured for compensatory damages which the insured is legally entitled to recover from the owner or operator of an uninsured motor vehicle because of bodily injury or property damage caused by an automobile accident. Also included are damages due to bodily injury or property damage that result from an automobile accident with a hit-and-run vehicle whose owner or operator cannot be identified.

Uninsured Motorists Coverage – Added On To At-Fault Liability Limits provides insurance protection, in general, with respect to an insured's covered losses that are in addition to the limits of liability under any applicable bonds or policies.

Uninsured Motorists Coverage – Reduced By At-Fault Liability Limits provides insurance protection, in general, wherein the amount of coverage is reduced by all sums paid by or on behalf of anyone who is legally responsible.

Georgia law generally requires that your policy include Uninsured Motorists Coverage – Added On To At-Fault Liability Limits, unless you reject Uninsured Motorist Coverage entirely or unless you instead select, for a reduced premium, Uninsured Motorists Coverage – Reduced By At-Fault Liability Limits.

Unless rejected, your policy must include Uninsured Motorists Coverage at limits not less than: (a) split limits of $25,000 for each person, subject to $50,000 for each accident with respect to bodily injury, and $25,000 for each accident with respect to property damage; or (b) a single limit of $75,000 for each accident. These limits will be referred to as the "minimum limits" for Uninsured Motorists Coverage.

Your options with respect to Uninsured Motorists Coverage include:

Insured Copy

**A.** **You may select Uninsured Motorists Coverage:**

    **1.** You may select Uninsured Motorists Coverage — Added On To At-Fault Liability Limits; or

    **2.** You may reject Uninsured Motorists Coverage — Added On To At-Fault Liability Limits and select Uninsured Motorists Coverage — Reduced By At-Fault Liability Limits.

In addition, you may select Uninsured Motorists Coverage at limits equal to the liability coverage limits of your policy or, if the liability coverage limits of your policy exceed the above referenced "minimum limits" for Uninsured Motorists Coverage, you may select Uninsured Motorists Coverage at limits less than the liability coverage limits of your policy but not less than the above referenced "minimum limits" for Uninsured Motorists Coverage.

**OR**

**B.** **You may reject Uninsured Motorists Coverage entirely.**

Please indicate your choice from either **A.** or **B.** as follows:

© Insurance Services Office, Inc., 2008

Insured Copy

**A. Selection Of Uninsured Motorists Coverage**

Please indicate your choice by initialing next to the appropriate item(s) in Sections **1.** AND **2.:**

**1. Selection of either Uninsured Motorists Coverage — Added On To At-Fault Liability Limits or Uninsured Motorists Coverage — Reduced By At-Fault Liability Limits**

Please indicate your choice by initialing next to the appropriate item(s) in **a.** OR **b.** below:

| (Initials) | a. I select Uninsured Motorists Coverage — Added On To At-Fault Liability Limits. |
|---|---|

_____

**OR**

| (Initials) | b. I reject Uninsured Motorists Coverage — Added On To At-Fault Liability Limits and select Uninsured Motorists Coverage — Reduced By At-Fault Liability Limits. |
|---|---|

_____

| _____ | _____ |
|---|---|
| **Signature Of Applicant/ Named Insured** | **Date** |

© Insurance Services Office, Inc., 2008

Insured Copy

**2. Selection Of Uninsured Motorists Coverage Limits:**

Please indicate your choice by initialing next to the appropriate item(s) in **a.** OR **b.** and signing below.

Please note that we only offer Uninsured Motorists Coverage limits up to the Liability Coverage limits of your policy, even though higher limits may appear below.

| (Initials) | **a.** | **I select Uninsured Motorists Coverage at limits equal to my Liability Coverage (Split Limits or Combined Single Limit).** |
|---|---|---|

**OR**

| (Initials) | **b.** | **I select Bodily Injury Uninsured Motorists Coverage And Property Damage Uninsured Motorists Coverage at the following limit(s):** |
|---|---|---|

**(Choose one Split Limits Bodily Injury option AND one Property Damage limit option OR one Combined Single Limit option from the following:)**

| (Initials) | **Split Limits Bodily Injury** | (Initials) | **Property Damage** | OR | (Initials) | **Combined Single Limit** |
|---|---|---|---|---|---|---|
|  | $ 25,000/ 50,000 |  | $ 25,000 |  |  | $ 75,000 |
|  | 50,000/ 100,000 |  | 50,000 |  |  | 100,000 |
|  | 100,000/ 200,000 |  | 100,000 |  |  | 200,000 |
|  | 100,000/ 300,000 |  | 150,000 |  |  | 250,000 |
|  | 250,000/ 500,000 |  | 200,000 |  |  | 300,000 |
|  | 300,000/ 300,000 |  | 250,000 |  |  | 350,000 |
|  | 500,000/ 500,000 |  | 300,000 |  |  | 500,000 |
|  | 500,000/ 1,000,000 |  | 500,000 |  |  | 1,000,000 |
|  | 1,000,000/ 1,000,000 |  | 750,000 |  |  |  |
|  |  |  | 1,000,000 |  |  |  |
|  | (Other) |  | (Other) |  |  | (Other) |

| Signature Of Applicant/ Named Insured | Date |
|---|---|

Insured Copy

**B. Rejection Of Uninsured Motorists Coverage**

If you wish to reject Uninsured Motorists Coverage entirely, you may do so by initialing and signing below.

(Initials)

_____   **I reject Uninsured Motorists Coverage entirely.**

_____        _____

**Signature Of Applicant/Named Insured**                          **Date**

Insured Copy



**Policy Number**
CA100003734-05

**FCCI** INSURANCE GROUP   **COMMON POLICY DECLARATIONS**

Renewal Of:
CA100003734-04

## National Trust Insurance Company
A Member of the FCCI Insurance Group
A Stock Company

6300 University Parkway
Sarasota FL 34240-8424
PHONE: 1-800-226-3224
FAX: 1-800-226-3243

| Item 1. | Named Insured and Mailing Address | Agent Name and Address |
|---|---|---|
| | Klein Contracting Corp<br>(See Named Insured Endorsement)<br>4190 Pleasantdale Rd<br>Doraville GA 30340-3500 | YATES INSURANCE AGENCY INC<br>2800 CENTURY PKWY NE STE 300<br>ATLANTA GA 30345<br><br>Agent No.   03036-001 |

| Item 2. | Policy Period | From: | 07-01-2020 | To: | 07-01-2021 |
|---|---|---|---|---|---|

at 12:01 A.M., Standard Time at your mailing address shown above.

**Item 3.**   Business Description: COMMERCIAL ROOFER

Form of Business:   CORPORATION

**Item 4.**   In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

This policy consists of the following coverage parts for which a premium is indicated. Where no premium is shown, there is no coverage. This premium may be subject to adjustment.

| Coverage Part(s) | Premium |
|---|---|
| Commercial Property Coverage Part | **Premium Info Redacted** |
| Commercial General Liability Coverage Part | |
| Crime and Fidelity Coverage Part | |
| Commercial Inland Marine Coverage Part | |
| Commercial Auto (Business or Motor Carrier) Coverage Part | $ |
| Commercial Garage / Auto Dealers Coverage Part | |
| | |
| | |
| | |
| | |
| | Total Policy Premium   $ |

**Item 5.**   Forms and Endorsements

Form(s) and Endorsement(s) made a part of this policy at time of issue:

**See Schedule of Forms and Endorsements**

Countersigned:

Date: _____   By: _____

Authorized Representative

THIS COMMON POLICY DECLARATION AND THE SUPPLEMENTAL DECLARATION(S), TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART(S), COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, COMPLETE THE ABOVE NUMBERED POLICY.

**CO-DEC (10/13)**

Includes copyrighted material of the Insurance Services Office, Inc. with its permission.
Insured Copy



More than a policy. A promise.

## SIGNATURE PAGE

This policy is signed by the President and Secretary of the Insurance Company shown on the Declarations Page of this policy, and if required by law, is countersigned on the Declarations page by a duly authorized representative who is currently licensed and appointed as an agent for the insurer.

_____          _____
           PRESIDENT                                      SECRETARY

1-UNWO-7245-NA-04  12/16                        Insured Copy

| | **Policy Number** |
| --- | --- |
| | **CA100003734-05** |

**SCHEDULE OF FORMS AND ENDORSEMENTS**

## National Trust Insurance Company

Named Insured   Klein Contracting Corp

Effective Date:   07-01-20
12:01 A.M., Standard Time

Agent Name   YATES INSURANCE AGENCY INC

Agent No.   03036-001

COMMON POLICY FORMS AND ENDORSEMENTS

| | | |
| --- | --- | --- |
| CO-DEC | 10-13 | COMMON POLICY DECLARATIONS |
| FORM-SCHED | 01-97 | SCHEDULE OF FORMS AND ENDORSEMENTS |
| NI-SCHED | 01-97 | SCHEDULE OF NAMED INSURED(S) |
| IL 00 03 | 09-08 | CALCULATION OF PREMIUM |
| IL 00 17 | 11-98 | COMMON POLICY CONDITIONS |
| IL 00 21 | 09-08 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDT |
| IL 02 62 | 02-15 | GEORGIA CHANGES-CANC & NONRENL |
| IL 008 | 01-15 | TOTAL LEAD EXCLUSION ENDORSEMENT |
| IL 009 | 01-15 | TOTAL ASBESTOS EXCLUSION ENDORSEMENT |
| IL 011 | 01-15 | AMENDED NOTICE OF CANCEL PROVIDED BY US |

AUTOMOBILE FORMS AND ENDORSEMENTS

| | | |
| --- | --- | --- |
| AU-DEC C/W | 10-13 | BUSINESS AUTO COVERAGE FORM DECLARATIONS |
| CA 00 01 | 10-13 | BUSINESS AUTO COVERAGE FORM |
| CA 01 09 | 10-13 | GEORGIA CHANGES |
| CA 31 37 | 10-13 | GA UM COV ADDED ON TO AT-FAULT LIA LIMIT |
| CA 99 03 | 10-13 | AUTO MEDICAL PAYMENTS COVERAGE |
| CA 99 10 | 10-13 | DRIVE OTHER CAR COV-BROAD COV NAMED IND |
| CAU 042 | 01-15 | ADDL INSURED PRIMARY NON-CONTRIBUTORY |
| CAU 058 | 05-19 | AUTO FIRST CHOICE COVERAGE ENDORSEMENT |
| MAN-AU | 01-02 | MANUSCRIPT ENDORSEMENT |

**FORM-SCHED (01/97)**

| | Policy Number<br>CA100003734-05 |
|---|---|

### SCHEDULE OF NAMED INSURED(S)

## National Trust Insurance Company

| Named Insured | Klein Contracting Corp | Effective Date: | 07-01-20 |
|---|---|---|---|
| | | | 12:01 A.M., Standard Time |
| Agent Name | YATES INSURANCE AGENCY INC | Agent No. | 03036-001 |

```
                    Klein Contracting Corp

                    ADDITIONAL NAMED INSUREDS:

                    VE Holdings LLC
```

NI-SCHED (01/97)

Insured Copy

IL 00 03 09 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

IL 00 03 09 08        © ISO Properties, Inc., 2007        Page 1 of 1    □

Insured Copy

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

 Copyright, Insurance Services Office, Inc., 1998

Insured Copy

Exhibit B to PL MPSJ, Page 18 of 81

IL 00 21 09 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage":

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

      (1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

      (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

   "Hazardous properties" includes radioactive, toxic or explosive properties.

   "Nuclear material" means "source material", "special nuclear material" or "by-product material".

IL 00 21 09 08

© ISO Properties, Inc., 2007

Page 1 of 2  ☐

Insured Copy

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

© ISO Properties, Inc., 2007

Insured Copy

IL 02 62 02 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# GEORGIA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraph **A.1.** of the **Cancellation** Common Policy Condition is replaced by the following:

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation stating a future date on which the policy is to be cancelled, subject to the following:

   **a.** If only the interest of the first Named Insured is affected, the effective date of cancellation will be either the date we receive notice from the first Named Insured or the date specified in the notice, whichever is later. However, upon receiving a written notice of cancellation from the first Named Insured, we may waive the requirement that the notice state the future date of cancellation, by confirming the date and time of cancellation in writing to the first Named Insured.

   **b.** If by statute, regulation or contract this policy may not be cancelled unless notice is given to a governmental agency, mortgagee or other third party, we will mail or deliver at least 10 days' notice to the first Named Insured and the third party as soon as practicable after receiving the first Named Insured's request for cancellation.

Our notice will state the effective date of cancellation, which will be the later of the following:

   **(1)** 10 days from the date of mailing or delivering our notice; or

   **(2)** The effective date of cancellation stated in the first Named Insured's notice to us.

**B.** Paragraph **A.5.** of the **Cancellation** Common Policy Condition is replaced by the following:

**5. Premium Refund**

   **a.** If this policy is cancelled, we will send the first Named Insured any premium refund due.

   **b.** If we cancel, the refund will be pro rata, except as provided in **c.** below.

   **c.** If the cancellation results from failure of the first Named Insured to pay, when due, any premium to us or any amount, when due, under a premium finance agreement, then the refund may be less than pro rata. Calculation of the return premium at less than pro rata represents a penalty charged on unearned premium.

   **d.** If the first Named Insured cancels, the refund may be less than pro rata.

   **e.** The cancellation will be effective even if we have not made or offered a refund.

© Insurance Services Office, Inc., 2014

Insured Copy

Exhibit B to PL MPSJ, Page 21 of 81

**C.** The following is added to the **Cancellation** Common Policy Condition and supersedes any other provisions to the contrary:

If we decide to:

1. Cancel or nonrenew this policy; or

2. Increase current policy premium by more than 15% (other than any increase due to change in risk, exposure or experience modification or resulting from an audit of auditable coverages); or

3. Change any policy provision which would limit or restrict coverage;

then:

We will mail or deliver notice of our action (including the dollar amount of any increase in renewal premium of more than 15%) to the first Named Insured and lienholder, if any, at the last mailing address known to us. Except as applicable as described in Paragraph **D.** or **E.** below, we will mail or deliver notice at least:

    **a.** 10 days before the effective date of cancellation if this policy has been in effect less than 60 days or if we cancel for nonpayment of premium; or

    **b.** 45 days before the effective date of cancellation if this policy has been in effect 60 or more days and we cancel for a reason other than nonpayment of premium; or

    **c.** 45 days before the expiration date of this policy if we decide to nonrenew, increase the premium or limit or restrict coverage.

**D.** The following provisions apply to insurance covering residential real property only provided under the:

Capital Assets Program (Output Policy) Coverage Part;

Commercial Property Coverage Part;

Farm Coverage Part;

if the named insured is a natural person.

With respect to such insurance, the following is added to the **Cancellation** Common Policy Condition and supersedes any provisions to the contrary except as applicable as described in Paragraph **E.**:

1. When this policy has been in effect for 60 days or less and is not a renewal with us, we may cancel for any reason by notifying the first Named Insured at least 10 days before the date cancellation takes effect.

2. When this policy has been in effect for more than 60 days, or at any time if it is a renewal with us, we may cancel for one or more of the following reasons:

    **a.** Nonpayment of premium, whether payable to us or to our agent;

    **b.** Upon discovery of fraud, concealment of a material fact, or material misrepresentation made by or with the knowledge of any person insured under this policy in obtaining this policy, continuing this policy or presenting a claim under this policy;

    **c.** Upon the occurrence of a change in the risk which substantially increases any hazard insured against; or

    **d.** Upon the violation of any of the material terms or conditions of this policy by any person insured under this policy.

We may cancel by providing notice to the first Named Insured at least:

    **(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

    **(2)** 45 days before the effective date of cancellation if we cancel for any of the reasons listed in **b., c.** or **d.** above.

**E.** With respect to a policy that is written to permit an audit, the following is added to the **Cancellation** Common Policy Condition:

If you fail to submit to or allow an audit for the current or most recently expired term, we may cancel this policy subject to the following:

1. We will make two documented efforts to send you and your agent notification of potential cancellation. After the second notice has been sent, we have the right to cancel this policy by mailing or delivering a written notice of cancellation to the first Named Insured at least 10 days before the effective date of cancellation, but not within 20 days of the first documented effort.

2. If we cancel this policy based on your failure to submit to or allow an audit, we will send the written notice of cancellation to the first Named Insured at the last known mailing address by certified mail or statutory overnight delivery with return receipt requested.

 © Insurance Services Office, Inc., 2014

Insured Copy

IL 008 (01 15)

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# TOTAL LEAD EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
BUSINESSOWNERS COVERAGE FORM
COMMERCIAL GENERAL LIABILITY COVERAGE FORM
COMMERCIAL LIABILITY UMBRELLA COVERAGE FORM
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM
PRODUCT WITHDRAWAL COVERAGE FORM
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE FORM
RAILROAD PROTECTIVE LIABILITY COVERAGE FORM

This insurance does not apply to:

A. Any damages or remedies whatsoever, in whatever manner defined or undefined in this policy, sought under any legal theory whatsoever, which would not have occurred in whole or in part but for the actual, alleged or threatened ingestion, inhalation, absorption of, discharge, dispersal, seepage, migration, release, escape or exposure to, or presence of lead or lead based products in any form emanating from any source at any time.

B. Any loss, cost or expense arising out of any:

    (1)  Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, abate, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of lead or lead based products; or

    (2)  Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, abating, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of lead or lead based products.

We shall not be obligated to investigate, defend, or indemnify any insured or any person or entity claiming any right under the policy for the matters excluded in this endorsement, including any claims under any indemnity agreement or other contract, whether or not such indemnity agreement or contract may be considered an "insured contract" under the policy.

Exhibit B to PL MPSJ, Page 23 of 81

IL 009 (01 15)

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# TOTAL ASBESTOS EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
BUSINESSOWNERS COVERAGE FORM
COMMERCIAL GENERAL LIABILITY COVERAGE FORM
COMMERCIAL LIABILITY UMBRELLA COVERAGE FORM
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM
PRODUCT WITHDRAWAL COVERAGE FORM
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE FORM
RAILROAD PROTECTIVE LIABILITY COVERAGE FORM

This insurance does not apply to:

A.   Any damages or remedies whatsoever, in whatever manner defined or undefined in this policy, sought under any legal theory whatsoever, which would not have occurred in whole or in part but for the actual, alleged or threatened ingestion, inhalation, absorption of, discharge, dispersal, seepage, migration, release, escape or exposure to, or presence of asbestos in any form emanating from any source at any time.

B.   Any loss, cost or expense arising out of any:

   (1)   Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, abate, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of asbestos; or

   (2)   Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, abating, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of asbestos.

We shall not be obligated to investigate, defend, or indemnify any insured or any person or entity claiming any right under the policy for the matters excluded in this endorsement, including any claims under any indemnity agreement or other contract, whether or not such indemnity agreement or contract may be considered an "insured contract" under the policy.

Exhibit B to PL MPSJ, Page 24 of 81

POLICY NUMBER: CA100003734-05

IL 011 (01 15)

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# AMENDED NOTICE OF CANCELLATION PROVIDED BY US

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
BUSINESSOWNERS COVERAGE FORM
COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE FORM
COMMERCIAL OUTPUT POLICY
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA COVERAGE FORM
LIQUOR LIABILITY COVERAGE PART
MOTOR CARRIER COVERAGE FORM
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

SCHEDULE

A. Number of Days' Notice:    30

B. Person(s) or Organization Name and Address:
CHOATE CONSTRUCTION COMPANY
8200 Roberts Dr Ste 600

Atlanta, GA 30350-4148

(If no entry appears above, information required to complete this Schedule will be shown in the Declarations as applicable to the endorsement.)

For any statutorily permitted reason other than nonpayment of premium, the number of days required for notice of cancellation to the first Named Insured, as provided in **Paragraph 2.** of either the Cancellation Common Policy Condition or as amended by an applicable state cancellation endorsement, is increased to the number of days shown in item **A.** in the Schedule above.

When a person or organization is listed in item **B.** in the Schedule above, the number of days notice in item **A.** also applies to the person(s) or organization listed in the schedule.

Exhibit B to PL MPSJ, Page 25 of 81

**POLICY NUMBER:**  CA100003734-05                    **COMMERCIAL AUTO**

## National Trust Insurance Company

# BUSINESS AUTO DECLARATIONS

**ITEM ONE**

---

**PRODUCER:**
YATES INSURANCE AGENCY INC

---

**NAMED INSURED:**   Klein Contracting Corp
                     (See Named Insured Endorsement)
**MAILING ADDRESS:**  4190 Pleasantdale Rd
                      Doraville, GA 30340-3500

**POLICY PERIOD:**   From  07-01-2020  to  07-01-2021  at 12:01 A.M. Standard Time at your
                                                       mailing address shown above

**PREVIOUS POLICY NUMBER:**   CA100003734-04

**FORM OF BUSINESS:**

| X | CORPORATION | | LIMITED LIABILITY COMPANY | | | INDIVIDUAL |
| | PARTNERSHIP | | OTHER | | | |

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY,
WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

| Premium shown is payable at inception: | **Premium Info Redacted** | | | | | | |
|---|---|---|---|---|---|---|---|
| AUDIT PERIOD (IF APPLICABLE) | | ANNUALLY | | SEMI-ANNUALLY | | QUARTERLY | | MONTHLY |

**ENDORSEMENTS ATTACHED TO THIS POLICY:**
   **IL 00 17** – Common Policy Conditions (**IL 01 46** in Washington)
   **IL 00 21** – Broad Form Nuclear Exclusion (not Applicable in New York) (**IL 01 98** in Washington)

SEE SCHEDULE OF FORMS AND ENDORSEMENTS

---

COUNTERSIGNED _____ BY _____
                        (Date)                          (Authorized Representative)

**AU-DEC C/W 10 13**                                           Page  1
Includes copyrighted material of the Insurance Services Office, Inc. with its permission.
                              Insured Copy

**ITEM TWO**

**Schedule Of Coverages And Covered Autos**
This policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those "autos" shown as covered "autos". **"Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the Covered Autos section of the Business Auto Coverage Form next to the name of the coverage.**

| COVERAGES | COVERED AUTOS | LIMIT | PREMIUM |
|---|---|---|---|
| COVERED AUTOS LIABILITY | 1 | $1,000,000 | $ Premium Info Redacted |
| PERSONAL INJURY PROTECTION (or equivalent No-fault Coverage) | | SEPARATELY STATED IN EACH P.I.P. ENDORSEMENT MINUS DEDUCTIBLE. | |
| ADDED PERSONAL INJURY PROTECTION (or equivalent Added No-fault Coverage) | | SEPARATELY STATED IN EACH ADDED P.I.P. ENDORSEMENT. | |
| PROPERTY PROTECTION INSURANCE (Michigan only) | | SEPARATELY STATED IN THE PROPERTY PROTECTION INSURANCE ENDORSEMENT MINUS                DEDUCTIBLE FOR EACH ACCIDENT. | |
| AUTO MEDICAL PAYMENTS | 2 | $        5,000    EACH INSURED | $ |
| MEDICAL EXPENSE AND INCOME LOSS BENEFITS (Virginia only) | | SEPARATELY STATED IN THE MEDICAL EXPENSE AND INCOME LOSS BENEFITS ENDORSEMENT. | |
| UNINSURED MOTORISTS | 2 | $   1,000,000 | $ |
| UNDERINSURED MOTORISTS (When not included in Uninsured Motorists Coverage) | 2 | $   1,000,000 | |
| PHYSICAL DAMAGE COMPREHENSIVE COVERAGE | 2,8 | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS  SEE SCHEDULE DEDUCTIBLE FOR EACH COVERED AUTO, BUT NO DEDUCTIBLE APPLIES TO LOSS CAUSED BY FIRE OR LIGHTNING. See ITEM FOUR For Hired or Borrowed Autos. | $ |
| PHYSICAL DAMAGE SPECIFIED CAUSES OF LOSS COVERAGE | | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS DEDUCTIBLE FOR EACH COVERED AUTO FOR LOSS CAUSED BY MISCHIEF OR VANDALISM. See ITEM FOUR For Hired Or Borrowed Autos. | |
| PHYSICAL DAMAGE COLLISION COVERAGE | 2,8 | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS  SEE SCHEDULE DEDUCTIBLE, FOR EACH COVERED AUTO. See ITEM FOUR For Hired Or Borrowed Autos. | $ |
| PHYSICAL DAMAGE TOWING AND LABOR | | FOR EACH DISABLEMENT OF A PRIVATE PASSENGER AUTO. | |
| TAX/SURCHARGE/FEE | | | |
| PREMIUM FOR ENDORSEMENTS | | | $ |
| *ESTIMATED TOTAL PREMIUM | | | $ |

*This policy may be subject to final audit.

Exhibit B to PL MPSJ, Page 27 of 81

**ITEM THREE**

**SCHEDULE OF COVERED AUTOS YOU OWN**

| Covered Auto No. | DESCRIPTION Year, Model, Trade Name, Body Type Serial Number (S) Vehicle Identification Number (VIN) | TERRITORY Town & State Where The Covered Auto Will Be Principally Garaged | Original Cost New |
|---|---|---|---|
| GA1 | 2003, FORD F150, 1FTRW07663KD34655 | Doraville GA, 101 | $ 27,580  ACV |
| GA2 | 2006, AUDI A6, WAUDL74F26N093158 | Doraville GA, 101 | $ 53,770  ACV |
| GA3 | 2011, FORD F-150, 1FTFW1CF7BFB37757 | Doraville GA, 101 | $ 29,780  ACV |
| GA4 | 2010, FORD F SERIES, 1FTFW1CV2AFA87470 | Doraville GA, 101 | $ 28,615  ACV |
| GA5 | 2012, LEXUS RX450H, JTJBC1BA8C2429789 | Doraville GA, 101 | $ 46,825  ACV |

| Covered Auto No. | CLASSIFICATION | | | | | | EXCEPT For Towing, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below According To Their Interests In The Auto At The Time Of The Loss: |
|---|---|---|---|---|---|---|---|
| | Radius Of Operation | Business Use s=service r=retail c=commercial | Size GVW, GCW Or Vehicle Seating Capacity | Age Group | Secondary Rating Classification | Code | |
| GA1 | 50 | S | 10,000 | 18 | All Others | 014890 | |
| GA2 | | | | 15 | | 739800 | |
| GA3 | 50 | S | 10,000 | 10 | All Others | 014890 | |
| GA4 | 50 | S | 10,000 | 11 | All Others | 014890 | |
| GA5 | | | | 9 | | 739800 | |

| Covered Auto No. | COVERAGES – PREMIUMS, LIMITS AND DEDUCTIBLES (Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding ITEM TWO column applies instead.) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | COVERED AUTOS LIABILITY | | PERSONAL INJURY PROTECTION | | ADDED P.I.P. | | PROPERTY PROTECTION (Michigan Only) | |
| | Limit | Premium | Limit Stated In Each P.I.P. Endt. Minus Deductible Shown Below | Premium | Premium For Limit Stated In Each Added P.I.P. Endt. | | Limit Stated In P.P.I. Endt. Minus Deductible Shown Below | Premium |
| GA1 | $ 1,000,000 | Premium Info Redacted | | | | | | |
| GA2 | $ 1,000,000 | | | | | | | |
| GA3 | $ 1,000,000 | | | | | | | |
| GA4 | $ 1,000,000 | | | | | | | |
| GA5 | $ 1,000,000 | | | | | | | |
| Total Premium | | | | | | | | |

**AU-DEC C/W 10 13**
Includes copyrighted material of the Insurance Services Office, Inc. with its permission.
Insured Copy

Page 3

**ITEM THREE**

**SCHEDULE OF COVERED AUTOS YOU OWN**

| Covered Auto No. | DESCRIPTION Year, Model, Trade Name, Body Type Serial Number (S) Vehicle Identification Number (VIN) | | TERRITORY Town & State Where The Covered Auto Will Be Principally Garaged | Original Cost New | |
|---|---|---|---|---|---|
| GA6 | 2016, FORD F-150, 1FTEW1CF4GFB51232 | | Doraville GA, 101 | $ 43,435 | ACV |
| GA7 | 2019, FORD F-150, 1FTEW1E58KKC26678 | | Doraville GA, 101 | $ 51,485 | ACV |
| | | | | | |
| | | | | | |
| | | | | | |

| Covered Auto No. | CLASSIFICATION | | | | | | | EXCEPT For Towing, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below According To Their Interests In The Auto At The Time Of The Loss: |
|---|---|---|---|---|---|---|---|---|
| | Radius Of Operation | Business Use s=service r=retail c=commercial | Size GVW, GCW Or Vehicle Seating Capacity | Age Group | Secondary Rating Classification | | Code | |
| GA6 | 50 | S | 10,000 | 5 | All Others | | 014890 | |
| GA7 | 50 | S | 7,050 | 2 | All Others | | 014890 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**COVERAGES – PREMIUMS, LIMITS AND DEDUCTIBLES**

(Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding ITEM TWO column applies instead.)

| Covered Auto No. | COVERED AUTOS LIABILITY | | PERSONAL INJURY PROTECTION | | ADDED P.I.P. | PROPERTY PROTECTION (Michigan Only) | |
|---|---|---|---|---|---|---|---|
| | Limit | Premium | Limit Stated In Each P.I.P. Endt. Minus Deductible Shown Below | Premium | Premium For Limit Stated In Each Added P.I.P. Endt. | Limit Stated In P.P.I. Endt. Minus Deductible Shown Below | Premium |
| GA6 | $     1,000,000 | Premium Info Redacted | | | | | |
| GA7 | $     1,000,000 | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Total Premium | | Premium Info Redacted | | | | | |

**AU-DEC C/W 10 13**
Includes copyrighted material of the Insurance Services Office, Inc. with its permission.
Insured Copy

Page 4

Exhibit B to PL MPSJ, Page 29 of 81

**ITEM THREE**

**SCHEDULE OF COVERED AUTOS YOU OWN (Continued)**

| | COVERAGES – PREMIUMS, LIMITS AND DEDUCTIBLES (Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding ITEM TWO column applies instead.) | | | | | | |
|---|---|---|---|---|---|---|---|
| | AUTO MEDICAL PAYMENTS | | MEDICAL EXPENSE AND INCOME LOSS BENEFITS (Virginia Only) | | UNINSURED MOTORISTS | | UNDERINSURED MOTORISTS |
| Covered Auto No. | Limit Each Insured | Premium | Limit Stated In The Medical Expense and Income Loss Benefits Endorsement For Each Person | Premium | Limit | Premium | Premium |
| GA1 | 5,000 | Premium Info Redacted | | | $ 1,000,000 | **Premium Info Redacted** | |
| GA2 | 5,000 | | | | $ 1,000,000 | | |
| GA3 | 5,000 | | | | $ 1,000,000 | | |
| GA4 | 5,000 | | | | $ 1,000,000 | | |
| GA5 | 5,000 | | | | $ 1,000,000 | | |
| Total Premium | | | | | | | |

| | COVERAGES – PREMIUMS, LIMITS AND DEDUCTIBLES (Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding ITEM TWO column applies instead.) | | | | | | |
|---|---|---|---|---|---|---|---|
| | COMPREHENSIVE | | SPECIFIED CAUSES OF LOSS | | COLLISION | | TOWING & LABOR |
| Covered Auto No. | Limit Stated In ITEM TWO Minus Deductible Shown Below | Premium | Limit Stated In ITEM TWO Minus Deductible Shown Below | Premium | Limit Stated In ITEM TWO Minus Deductible Shown Below | Premium | Limit Per Disablement | Premium |
| GA1 | 500 | Premium Info Redacted | | | 500 | Premium Info Redacted | | |
| GA2 | 500 | | | | 500 | | | |
| GA3 | 500 | | | | 500 | | | |
| GA4 | 500 | | | | 500 | | | |
| GA5 | 500 | | | | 500 | | | |
| Total Premium | | | | | | | | |

**AU-DEC C/W  10 13**
Includes copyrighted material of the Insurance Services Office, Inc. with its permission.
Insured Copy

Page  5

**ITEM THREE**
**SCHEDULE OF COVERED AUTOS YOU OWN (Continued)**

| Covered Auto No. | COVERAGES – PREMIUMS, LIMITS AND DEDUCTIBLES (Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding ITEM TWO column applies instead.) | | | | | | |
|---|---|---|---|---|---|---|---|
| | AUTO MEDICAL PAYMENTS | | MEDICAL EXPENSE AND INCOME LOSS BENEFITS (Virginia Only) | | UNINSURED MOTORISTS | | UNDERINSURED MOTORISTS |
| | Limit Each Insured | Premium | Limit Stated In The Medical Expense and Income Loss Benefits Endorsement For Each Person | Premium | Limit | Premium | Premium |
| GA6 | 5,000 | Premium Info Redacted | | | $ 1,000,000 | Premium Info Redacted | |
| GA7 | 5,000 | | | | $ 1,000,000 | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Total Premium | | | | | | | |

| Covered Auto No. | COVERAGES – PREMIUMS, LIMITS AND DEDUCTIBLES (Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding ITEM TWO column applies instead.) | | | | | | |
|---|---|---|---|---|---|---|---|
| | COMPREHENSIVE | | SPECIFIED CAUSES OF LOSS | | COLLISION | | TOWING & LABOR |
| | Limit Stated In ITEM TWO Minus Deductible Shown Below | Premium | Limit Stated In ITEM TWO Minus Deductible Shown Below | Premium | Limit Stated In ITEM TWO Minus Deductible Shown Below | Premium | Limit Per Disablement | Premium |
| GA6 | 500 | Premium Info Redacted | | | 500 | Premium Info Redacted | | |
| GA7 | 500 | | | | 500 | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Total Premium | | | | | | | | |

**AU-DEC C/W 10 13**
Includes copyrighted material of the Insurance Services Office, Inc. with its permission.
Insured Copy

Page 6

Exhibit B to PL MPSJ, Page 31 of 81

**ITEM FOUR**

**SCHEDULE OF HIRED OR BORROWED COVERED AUTO COVERAGE AND PREMIUMS**

| COVERED AUTOS LIABILITY COVERAGE – Cost Of Hire Rating Basis for Autos Used In Your Motor Carrier Operations (Other Than Mobile Or Farm Equipment) | | | |
|---|---|---|---|
| **COVERED AUTOS LIABILITY COVERAGE** | **STATE** | **ESTIMATED ANNUAL COST OF HIRE FOR EACH STATE** | **PREMIUM** |
| Primary Coverage | | | |
| Excess Coverage | | | |
| | | **TOTAL HIRED AUTO PREMIUM** | |

For "autos" used in your motor carrier operations, cost of hire means:

1. The total dollar amount of costs you incurred for the hire of automobiles (includes "trailers" and semitrailers), and if not included therein,

2. The total remunerations of all operators and drivers' helpers, of hired automobiles whether hired with a driver by lessor or an "employee" of the lessee, or any other third party, and

3. The total dollar amount of any other costs (*i.e.*, repair, maintenance, fuel, etc.) directly associated with operating the hired automobiles whether such costs are absorbed by the "insured", paid to the lessor or owner, or paid to others.

| COVERED AUTOS LIABILITY COVERAGE – Cost Of Hire Rating Basis for Autos NOT Used In Your Motor Carrier Operations (Other Than Mobile Or Farm Equipment) | | | |
|---|---|---|---|
| **COVERED AUTOS LIABILITY COVERAGE** | **STATE** | **ESTIMATED ANNUAL COST OF HIRE FOR EACH STATE** | **PREMIUM** |
| Primary Coverage | | | |
| Excess Coverage | GA | IF ANY | **Premium Info Redacted** |
| | | **TOTAL HIRED AUTO PREMIUM** | |

For "autos" **NOT** used in your motor carrier operations, cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers.

**AU-DEC C/W 10 13**                                                                                   **Page 7**

Includes copyrighted material of the Insurance Services Office, Inc. with its permission.
Insured Copy

**ITEM FOUR**
**SCHEDULE OF HIRED OR BORROWED COVERED AUTO COVERAGE AND PREMIUMS (Cont'd)**

| Physical Damage Coverages – Cost Of Hire Rating Basis For All Autos (Other Than Mobile or Farm Equipment) | | | | |
|---|---|---|---|---|
| **COVERAGE** | **STATE** | **LIMIT OF INSURANCE** | **ESTIMATED ANNUAL COST OF HIRE FOR EACH STATE (Excluding Autos Hired With A Driver)** | **PREMIUM** |
| **COMPREHENSIVE** | GA | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS $   100      DEDUCTIBLE  FOR EACH COVERED AUTO, BUT NO DEDUCTIBLE APPLIES TO LOSS CAUSED BY FIRE OR LIGHTNING. | IF  ANY | Premium Info Redacted |
| **SPECIFIED CAUSES OF LOSS** | | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS                  DEDUCTIBLE FOR EACH COVERED AUTO FOR LOSS CAUSED BY MISCHIEF OR VANDALISM. | | |
| **COLLISION** | GA | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS $   500      DEDUCTIBLE FOR EACH COVERED AUTO. | IF  ANY | |
| | | | **TOTAL HIRED AUTO PREMIUM** | |
| For Physical Damage Coverages, cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for any "auto" that is leased, hired, rented or borrowed with a driver. | | | | |

**AU-DEC C/W  10 13**                                                                                      **Page  8**
Includes copyrighted material of the Insurance Services Office, Inc. with its permission.
Insured Copy

Exhibit B to PL MPSJ, Page 33 of 81

**ITEM FOUR**

**SCHEDULE OF HIRED OR BORROWED COVERED AUTO COVERAGE AND PREMIUMS (Cont'd)**

| Cost Of Hire Rating Basis For Mobile Or Farm Equipment — Other Than Physical Damage Coverages | | | | | |
|---|---|---|---|---|---|
| **COVERAGE** | **STATE** | **ESTIMATED ANNUAL COST OF HIRE FOR EACH STATE** | | **PREMIUM** | |
| | | **Mobile Equipment** | **Farm Equipment** | **Mobile Equipment** | **Farm Equipment** |
| Covered Autos Liability – Primary Coverage | | | | | |
| Covered Autos Liability – Excess Coverage | | | | | |
| Personal Injury Protection | | | | | |
| Medical Expense Benefits (Virginia Only) | | | | | |
| Income Loss Benefits (Virginia Only) | | | | | |
| Auto Medical Payments | | | | | |
| **TOTAL HIRED AUTO PREMIUM** | | | | | |
| Cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers. | | | | | |

Includes copyrighted material of the Insurance Services Office, Inc. with its permission.
Insured Copy

**ITEM FOUR**
**SCHEDULE OF HIRED OR BORROWED COVERED AUTO COVERAGE AND PREMIUMS (Cont'd)**

| Cost Of Hire Rating Basis For Mobile or Farm Equipment – Physical Damage Coverages | | | | | | |
|---|---|---|---|---|---|---|
| | | | ESTIMATED ANNUAL COST OF HIRE FOR EACH STATE (Excluding Autos Hired With A Driver) | | PREMIUM | |
| COVERAGE | STATE | LIMIT OF INSURANCE | Mobile Equipment | Farm Equipment | Mobile Equipment | Farm Equipment |
| COMPREHENSIVE | | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS DEDUCTIBLE  FOR EACH COVERED AUTO, BUT NO DEDUCTIBLE APPLIES TO LOSS CAUSED BY FIRE OR LIGHTNING. | | | | |
| SPECIFIED CAUSES OF LOSS | | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS DEDUCTIBLE FOR EACH COVERED AUTO FOR LOSS CAUSED BY  MISCHIEF OR VANDALISM. | | | | |
| COLLISION | | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS DEDUCTIBLE FOR EACH COVERED AUTO. | | | | |
| TOTAL HIRED AUTO PREMIUM | | | | | | |

For Physical Damage Coverages, cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for any auto that is leased, hired, rented or borrowed with a driver.

**AU-DEC C/W  10 13**
Includes copyrighted material of the Insurance Services Office, Inc. with its permission.
Insured Copy

Page 1 0

Exhibit B to PL MPSJ, Page 35 of 81

**ITEM FOUR**

SCHEDULE OF HIRED OR BORROWED COVERED AUTO COVERAGE AND PREMIUMS (Cont'd)

| Rental Period Rating Basis For Mobile Or Farm Equipment | | | | | |
|---|---|---|---|---|---|
| **COVERAGE** | **TOWN AND STATE WHERE THE JOB SITE IS LOCATED** | **ESTIMATED NUMBER OF DAYS EQUIPMENT WILL BE RENTED** | | **PREMIUM** | |
| | | **Mobile Equipment** | **Farm Equipment** | **Mobile Equipment** | **Farm Equipment** |
| Covered Autos Liability – Primary Coverage | | | | | |
| Covered Autos Liability – Excess Coverage | | | | | |
| Personal Injury Protection | | | | | |
| Medical Expense Benefits  (Virginia Only) | | | | | |
| Income Loss Benefits (Virginia Only) | | | | | |
| Auto Medical Payments | | | | | |
| **TOTAL HIRED AUTO PREMIUMS** | | | | | |

**ITEM FIVE**

SCHEDULE FOR NON-OWNERSHIP COVERED AUTOS LIABILITY

| NAMED INSURED'S BUSINESS | RATING BASIS | NUMBER | PREMIUM |
|---|---|---|---|
| Other Than Garage Service Operations And Other Than Social Service Agencies | Number Of Employees | 49 | **Premium Info Redacted** |
| | Number Of Partners (Active and Inactive) | | |
| Garage Service Operations | Number Of Employees Whose Principal Duty Involves The Operation Of Autos | | |
| | Number Of Partners (Active and Inactive) | | |
| Social Service Agencies | Number Of Employees | | |
| | Number Of Volunteers Who Regularly Use Autos To Transport Clients | | |
| | Number Of Partners (Active and Inactive) | | |
| **TOTAL NON-OWNERSHIP COVERED AUTOS LIABILITY PREMIUM** | | | |

**AU-DEC C/W  10 13**                                                                 Page  11

Includes copyrighted material of the Insurance Services Office, Inc. with its permission.
Insured Copy

**ITEM SIX**
**SCHEDULE FOR GROSS RECEIPTS OR MILEAGE BASIS**

| Type Of Risk (Check one): | ☐ Public Autos | ☐ Leasing Or Rental Concerns | |
|---|---|---|---|
| Rating Basis (Check one): | ☐ Gross Receipts (Per $100) | ☐ Mileage (Per Mile) | |
| Estimated Yearly (Check One): | ☐ Gross Receipts (Per $100) | ☐ Mileage | |
| **Premiums** | | | |
| Covered Autos Liability | | | |
| Personal Injury Protection | | | |
| Added Personal Injury Protection | | | |
| Property Protection Insurance (Michigan Only) | | | |
| Auto Medical Payments | | | |
| Medical Expense And Income Loss Benefits (Virginia Only) | | | |
| Comprehensive | | | |
| Specified Causes Of Loss | | | |
| Collision | | | |
| Towing And Labor | | | |

When used as a premium basis:

**FOR PUBLIC AUTOS**

Gross receipts means the total amount earned by the named insured for transporting passengers, mail and merchandise.

Gross receipts does not include:

1. Amounts paid to air, sea or land carriers operating under their own permits.
2. Advertising revenue.
3. Taxes collected as a separate item and paid directly to the government.
4. C.O.D. collections for cost of mail or merchandise including collection fees.

Mileage means the total live and dead mileage of all revenue producing "autos" during the policy period.

**FOR RENTAL OR LEASING CONCERNS**

Gross receipts means the total amount earned by the named insured for the leasing or renting of "autos" to others without drivers.

Mileage means the total live and dead mileage of all "autos" you leased or rented to others without drivers.

Includes copyrighted material of the Insurance Services Office, Inc. with its permission.
Insured Copy

COMMERCIAL AUTO
CA 00 01 10 13

# BUSINESS AUTO COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.

## SECTION I – COVERED AUTOS

Item Two of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols describe the "autos" that may be covered "autos". The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos".

**A. Description Of Covered Auto Designation Symbols**

| Symbol | Description Of Covered Auto Designation Symbols | |
|---|---|---|
| **1** | Any "Auto" | |
| **2** | Owned "Autos" Only | Only those "autos" you own (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" you acquire ownership of after the policy begins. |
| **3** | Owned Private Passenger "Autos" Only | Only the private passenger "autos" you own. This includes those private passenger "autos" you acquire ownership of after the policy begins. |
| **4** | Owned "Autos" Other Than Private Passenger "Autos" Only | Only those "autos" you own that are not of the private passenger type (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type you acquire ownership of after the policy begins. |
| **5** | Owned "Autos" Subject To No-fault | Only those "autos" you own that are required to have no-fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the policy begins provided they are required to have no-fault benefits in the state where they are licensed or principally garaged. |
| **6** | Owned "Autos" Subject To A Compulsory Uninsured Motorists Law | Only those "autos" you own that because of the law in the state where they are licensed or principally garaged are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement. |
| **7** | Specifically Described "Autos" | Only those "autos" described in Item Three of the Declarations for which a premium charge is shown (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to any power unit described in Item Three). |
| **8** | Hired "Autos" Only | Only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent or borrow from any of your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households. |
| **9** | Non-owned "Autos" Only | Only those "autos" you do not own, lease, hire, rent or borrow that are used in connection with your business. This includes "autos" owned by your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households but only while used in your business or your personal affairs. |

© Insurance Services Office, Inc., 2011

Insured Copy

| 19 | Mobile Equipment Subject To Compulsory Or Financial Responsibility Or Other Motor Vehicle Insurance Law Only | Only those "autos" that are land vehicles and that would qualify under the definition of "mobile equipment" under this policy if they were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where they are licensed or principally garaged. |
|---|---|---|

## B. Owned Autos You Acquire After The Policy Begins

1. If Symbols **1, 2, 3, 4, 5, 6** or **19** are entered next to a coverage in Item Two of the Declarations, then you have coverage for "autos" that you acquire of the type described for the remainder of the policy period.

2. But, if Symbol **7** is entered next to a coverage in Item Two of the Declarations, an "auto" you acquire will be a covered "auto" for that coverage only if:

   a. We already cover all "autos" that you own for that coverage or it replaces an "auto" you previously owned that had that coverage; and

   b. You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

## C. Certain Trailers, Mobile Equipment And Temporary Substitute Autos

If Covered Autos Liability Coverage is provided by this Coverage Form, the following types of vehicles are also covered "autos" for Covered Autos Liability Coverage:

1. "Trailers" with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.

2. "Mobile equipment" while being carried or towed by a covered "auto".

3. Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:

   a. Breakdown;

   b. Repair;

   c. Servicing;

   d. "Loss"; or

   e. Destruction.

## SECTION II – COVERED AUTOS LIABILITY COVERAGE

### A. Coverage

We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of a covered "auto".

We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos". However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident".

We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Covered Autos Liability Coverage Limit of Insurance has been exhausted by payment of judgments or settlements.

1. **Who Is An Insured**

   The following are "insureds":

   a. You for any covered "auto".

   b. Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

      (1) The owner or anyone else from whom you hire or borrow a covered "auto".

          This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.

© Insurance Services Office, Inc., 2011

Insured Copy

(2) Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household.

(3) Someone using a covered "auto" while he or she is working in a business of selling, servicing, repairing, parking or storing "autos" unless that business is yours.

(4) Anyone other than your "employees", partners (if you are a partnership), members (if you are a limited liability company) or a lessee or borrower or any of their "employees", while moving property to or from a covered "auto".

(5) A partner (if you are a partnership) or a member (if you are a limited liability company) for a covered "auto" owned by him or her or a member of his or her household.

c. Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

## 2. Coverage Extensions

### a. Supplementary Payments

We will pay for the "insured":

(1) All expenses we incur.

(2) Up to $2,000 for cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

(3) The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

(4) All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

(5) All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

(6) All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend, but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

### b. Out-of-state Coverage Extensions

While a covered "auto" is away from the state where it is licensed, we will:

(1) Increase the Limit of Insurance for Covered Autos Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

(2) Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered "auto" is being used.

We will not pay anyone more than once for the same elements of loss because of these extensions.

## B. Exclusions

This insurance does not apply to any of the following:

### 1. Expected Or Intended Injury

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured".

### 2. Contractual

Liability assumed under any contract or agreement.

But this exclusion does not apply to liability for damages:

a. Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

b. That the "insured" would have in the absence of the contract or agreement.

### 3. Workers' Compensation

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

© Insurance Services Office, Inc., 2011

Insured Copy

## 4. Employee Indemnification And Employer's Liability

"Bodily injury" to:

a. An "employee" of the "insured" arising out of and in the course of:

(1) Employment by the "insured"; or

(2) Performing the duties related to the conduct of the "insured's" business; or

b. The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph a. above.

This exclusion applies:

(1) Whether the "insured" may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

But this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract". For the purposes of the Coverage Form, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

## 5. Fellow Employee

"Bodily injury" to:

a. Any fellow "employee" of the "insured" arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business; or

b. The spouse, child, parent, brother or sister of that fellow "employee" as a consequence of Paragraph a. above.

## 6. Care, Custody Or Control

"Property damage" to or "covered pollution cost or expense" involving property owned or transported by the "insured" or in the "insured's" care, custody or control. But this exclusion does not apply to liability assumed under a sidetrack agreement.

## 7. Handling Of Property

"Bodily injury" or "property damage" resulting from the handling of property:

a. Before it is moved from the place where it is accepted by the "insured" for movement into or onto the covered "auto"; or

b. After it is moved from the covered "auto" to the place where it is finally delivered by the "insured".

## 8. Movement Of Property By Mechanical Device

"Bodily injury" or "property damage" resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered "auto".

## 9. Operations

"Bodily injury" or "property damage" arising out of the operation of:

a. Any equipment listed in Paragraphs 6.b. and 6.c. of the definition of "mobile equipment"; or

b. Machinery or equipment that is on, attached to or part of a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

## 10. Completed Operations

"Bodily injury" or "property damage" arising out of your work after that work has been completed or abandoned.

In this exclusion, your work means:

a. Work or operations performed by you or on your behalf; and

b. Materials, parts or equipment furnished in connection with such work or operations.

Your work includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in Paragraph a. or b. above.

Your work will be deemed completed at the earliest of the following times:

(1) When all of the work called for in your contract has been completed;

(2) When all of the work to be done at the site has been completed if your contract calls for work at more than one site; or

(3) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

© Insurance Services Office, Inc., 2011

Insured Copy

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**11. Pollution**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled or handled for movement into, onto or from the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts if:

**(1)** The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

**(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**12. War**

"Bodily injury" or "property damage" arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**13. Racing**

Covered "autos" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for such a contest or activity.

**C. Limit Of Insurance**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for the total of all damages and "covered pollution cost or expense" combined resulting from any one "accident" is the Limit Of Insurance for Covered Autos Liability Coverage shown in the Declarations.

© Insurance Services Office, Inc., 2011

Insured Copy

All "bodily injury", "property damage" and "covered pollution cost or expense" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident".

No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Medical Payments Coverage endorsement, Uninsured Motorists Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

## SECTION III – PHYSICAL DAMAGE COVERAGE

### A. Coverage

1. We will pay for "loss" to a covered "auto" or its equipment under:

    a. **Comprehensive Coverage**

    From any cause except:

    (1) The covered "auto's" collision with another object; or

    (2) The covered "auto's" overturn.

    b. **Specified Causes Of Loss Coverage**

    Caused by:

    (1) Fire, lightning or explosion;

    (2) Theft;

    (3) Windstorm, hail or earthquake;

    (4) Flood;

    (5) Mischief or vandalism; or

    (6) The sinking, burning, collision or derailment of any conveyance transporting the covered "auto".

    c. **Collision Coverage**

    Caused by:

    (1) The covered "auto's" collision with another object; or

    (2) The covered "auto's" overturn.

2. **Towing**

    We will pay up to the limit shown in the Declarations for towing and labor costs incurred each time a covered "auto" of the private passenger type is disabled. However, the labor must be performed at the place of disablement.

3. **Glass Breakage – Hitting A Bird Or Animal – Falling Objects Or Missiles**

    If you carry Comprehensive Coverage for the damaged covered "auto", we will pay for the following under Comprehensive Coverage:

    a. Glass breakage;

    b. "Loss" caused by hitting a bird or animal; and

    c. "Loss" caused by falling objects or missiles.

    However, you have the option of having glass breakage caused by a covered "auto's" collision or overturn considered a "loss" under Collision Coverage.

4. **Coverage Extensions**

    a. **Transportation Expenses**

    We will pay up to $20 per day, to a maximum of $600, for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type. We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes Of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for its "loss".

    b. **Loss Of Use Expenses**

    For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

    (1) Other than collision only if the Declarations indicates that Comprehensive Coverage is provided for any covered "auto";

    (2) Specified Causes Of Loss only if the Declarations indicates that Specified Causes Of Loss Coverage is provided for any covered "auto"; or

© Insurance Services Office, Inc., 2011

Insured Copy

(3) Collision only if the Declarations indicates that Collision Coverage is provided for any covered "auto".

However, the most we will pay for any expenses for loss of use is $20 per day, to a maximum of $600.

## B. Exclusions

1. We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

   ### a. Nuclear Hazard

   (1) The explosion of any weapon employing atomic fission or fusion; or

   (2) Nuclear reaction or radiation, or radioactive contamination, however caused.

   ### b. War Or Military Action

   (1) War, including undeclared or civil war;

   (2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   (3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

2. We will not pay for "loss" to any covered "auto" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for "loss" to any covered "auto" while that covered "auto" is being prepared for such a contest or activity.

3. We will not pay for "loss" due and confined to:

   a. Wear and tear, freezing, mechanical or electrical breakdown.

   b. Blowouts, punctures or other road damage to tires.

   This exclusion does not apply to such "loss" resulting from the total theft of a covered "auto".

4. We will not pay for "loss" to any of the following:

   a. Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

   b. Any device designed or used to detect speed-measuring equipment, such as radar or laser detectors, and any jamming apparatus intended to elude or disrupt speed-measuring equipment.

   c. Any electronic equipment, without regard to whether this equipment is permanently installed, that reproduces, receives or transmits audio, visual or data signals.

   d. Any accessories used with the electronic equipment described in Paragraph **c.** above.

5. Exclusions **4.c.** and **4.d.** do not apply to equipment designed to be operated solely by use of the power from the "auto's" electrical system that, at the time of "loss", is:

   a. Permanently installed in or upon the covered "auto";

   b. Removable from a housing unit which is permanently installed in or upon the covered "auto";

   c. An integral part of the same unit housing any electronic equipment described in Paragraphs **a.** and **b.** above; or

   d. Necessary for the normal operation of the covered "auto" or the monitoring of the covered "auto's" operating system.

6. We will not pay for "loss" to a covered "auto" due to "diminution in value".

## C. Limits Of Insurance

1. The most we will pay for:

   a. "Loss" to any one covered "auto" is the lesser of:

   (1) The actual cash value of the damaged or stolen property as of the time of the "loss"; or

   (2) The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

   b. All electronic equipment that reproduces, receives or transmits audio, visual or data signals in any one "loss" is $1,000, if, at the time of "loss", such electronic equipment is:

   (1) Permanently installed in or upon the covered "auto" in a housing, opening or other location that is not normally used by the "auto" manufacturer for the installation of such equipment;

© Insurance Services Office, Inc., 2011

Insured Copy

(2) Removable from a permanently installed housing unit as described in Paragraph **b.(1)** above; or

(3) An integral part of such equipment as described in Paragraphs **b.(1)** and **b.(2)** above.

2. An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

3. If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

**D. Deductible**

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations. Any Comprehensive Coverage deductible shown in the Declarations does not apply to "loss" caused by fire or lightning.

## SECTION IV – BUSINESS AUTO CONDITIONS

The following conditions apply in addition to the Common Policy Conditions:

**A. Loss Conditions**

1. **Appraisal For Physical Damage Loss**

If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a. Pay its chosen appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

2. **Duties In The Event Of Accident, Claim, Suit Or Loss**

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

a. In the event of "accident", claim, "suit" or "loss", you must give us or our authorized representative prompt notice of the "accident" or "loss". Include:

(1) How, when and where the "accident" or "loss" occurred;

(2) The "insured's" name and address; and

(3) To the extent possible, the names and addresses of any injured persons and witnesses.

b. Additionally, you and any other involved "insured" must:

(1) Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

(2) Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit".

(3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit".

(4) Authorize us to obtain medical records or other pertinent information.

(5) Submit to examination, at our expense, by physicians of our choice, as often as we reasonably require.

c. If there is "loss" to a covered "auto" or its equipment, you must also do the following:

(1) Promptly notify the police if the covered "auto" or any of its equipment is stolen.

(2) Take all reasonable steps to protect the covered "auto" from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

(3) Permit us to inspect the covered "auto" and records proving the "loss" before its repair or disposition.

(4) Agree to examinations under oath at our request and give us a signed statement of your answers.

3. **Legal Action Against Us**

No one may bring a legal action against us under this Coverage Form until:

a. There has been full compliance with all the terms of this Coverage Form; and

b. Under Covered Autos Liability Coverage, we agree in writing that the "insured" has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this policy to bring us into an action to determine the "insured's" liability.

 © Insurance Services Office, Inc., 2011

Insured Copy

Exhibit B to PL MPSJ, Page 45 of 81

**4. Loss Payment – Physical Damage Coverages**

At our option, we may:

a. Pay for, repair or replace damaged or stolen property;

b. Return the stolen property, at our expense. We will pay for any damage that results to the "auto" from the theft; or

c. Take all or any part of the damaged or stolen property at an agreed or appraised value.

If we pay for the "loss", our payment will include the applicable sales tax for the damaged or stolen property.

**5. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

**B. General Conditions**

**1. Bankruptcy**

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of any obligations under this Coverage Form.

**2. Concealment, Misrepresentation Or Fraud**

This Coverage Form is void in any case of fraud by you at any time as it relates to this Coverage Form. It is also void if you or any other "insured", at any time, intentionally conceals or misrepresents a material fact concerning:

a. This Coverage Form;

b. The covered "auto";

c. Your interest in the covered "auto"; or

d. A claim under this Coverage Form.

**3. Liberalization**

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

**4. No Benefit To Bailee – Physical Damage Coverages**

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this Coverage Form.

**5. Other Insurance**

a. For any covered "auto" you own, this Coverage Form provides primary insurance. For any covered "auto" you don't own, the insurance provided by this Coverage Form is excess over any other collectible insurance. However, while a covered "auto" which is a "trailer" is connected to another vehicle, the Covered Autos Liability Coverage this Coverage Form provides for the "trailer" is:

(1) Excess while it is connected to a motor vehicle you do not own; or

(2) Primary while it is connected to a covered "auto" you own.

b. For Hired Auto Physical Damage Coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

c. Regardless of the provisions of Paragraph a. above, this Coverage Form's Covered Autos Liability Coverage is primary for any liability assumed under an "insured contract".

d. When this Coverage Form and any other Coverage Form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

**6. Premium Audit**

a. The estimated premium for this Coverage Form is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due date on the bill. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

b. If this policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

© Insurance Services Office, Inc., 2011

Insured Copy

## 7. Policy Period, Coverage Territory

Under this Coverage Form, we cover "accidents" and "losses" occurring:

**a.** During the policy period shown in the Declarations; and

**b.** Within the coverage territory.

The coverage territory is:

**(1)** The United States of America;

**(2)** The territories and possessions of the United States of America;

**(3)** Puerto Rico;

**(4)** Canada; and

**(5)** Anywhere in the world if a covered "auto" of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 30 days or less,

provided that the "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico or Canada, or in a settlement we agree to.

We also cover "loss" to, or "accidents" involving, a covered "auto" while being transported between any of these places.

## 8. Two Or More Coverage Forms Or Policies Issued By Us

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us applies to the same "accident", the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

## SECTION V – DEFINITIONS

**A.** "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage".

**B.** "Auto" means:

**1.** A land motor vehicle, "trailer" or semitrailer designed for travel on public roads; or

**2.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**C.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these.

**D.** "Covered pollution cost or expense" means any cost or expense arising out of:

**1.** Any request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**2.** Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled or handled for movement into, onto or from the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

© Insurance Services Office, Inc., 2011

CA 00 01 10 13

Insured Copy

Exhibit B to PL MPSJ, Page 47 of 81

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

    (1) The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

    (2) The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraph **6.b.** or **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

    (a) The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

    (b) The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**E.** "Diminution in value" means the actual or perceived loss in market value or resale value which results from a direct and accidental "loss".

**F.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**G.** "Insured" means any person or organization qualifying as an insured in the Who Is An Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

**H.** "Insured contract" means:

    **1.** A lease of premises;

    **2.** A sidetrack agreement;

    **3.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

    **4.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

    **5.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement; or

    **6.** That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees".

An "insured contract" does not include that part of any contract or agreement:

    **a.** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

    **b.** That pertains to the loan, lease or rental of an "auto" to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver; or

    **c.** That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

**I.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**J.** "Loss" means direct and accidental loss or damage.

**K.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

    **1.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

    **2.** Vehicles maintained for use solely on or next to premises you own or rent;

    **3.** Vehicles that travel on crawler treads;

© Insurance Services Office, Inc., 2011

Insured Copy

Exhibit B to PL MPSJ, Page 48 of 81

4. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

    a. Power cranes, shovels, loaders, diggers or drills; or

    b. Road construction or resurfacing equipment such as graders, scrapers or rollers;

5. Vehicles not described in Paragraph **1., 2., 3.** or **4.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

    a. Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well-servicing equipment; or

    b. Cherry pickers and similar devices used to raise or lower workers; or

6. Vehicles not described in Paragraph **1., 2., 3.** or **4.** above maintained primarily for purposes other than the transportation of persons or cargo. However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

    a. Equipment designed primarily for:

      (1) Snow removal;

      (2) Road maintenance, but not construction or resurfacing; or

      (3) Street cleaning;

    b. Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

    c. Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting or well-servicing equipment.

However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

L. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

M. "Property damage" means damage to or loss of use of tangible property.

N. "Suit" means a civil proceeding in which:

    1. Damages because of "bodily injury" or "property damage"; or

    2. A "covered pollution cost or expense";

to which this insurance applies, are alleged.

"Suit" includes:

    a. An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" must submit or does submit with our consent; or

    b. Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the insured submits with our consent.

O. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

P. "Trailer" includes semitrailer.

© Insurance Services Office, Inc., 2011

CA 00 01 10 13

Insured Copy

COMMERCIAL AUTO
CA 01 09 10 13

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# GEORGIA CHANGES

For a covered "auto" licensed or principally garaged in Georgia, this endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Changes In Covered Autos Liability Coverage**

1. Covered Autos Liability Coverage is primary for an "auto" you don't own if operated by the "insured" and owned by a retail seller of "autos".

2. If you are a retail seller of "autos", Covered Autos Liability Coverage is excess for an "auto" you own if operated by an "insured" other than you or your "employee".

3. The **Expected Or Intended Injury** Exclusion is replaced by the following:

   **Expected Or Intended Injury**

   This insurance does not apply to "bodily injury" or "property damage" expected or intended from the standpoint of the "insured".

   However, this exclusion does not apply for coverage up to the minimum limit specified by the Georgia Motor Vehicle Safety Responsibility Act.

**B. Changes In Physical Damage Coverage**

1. If Collision Coverage is provided, Collision Coverage is primary for an "auto" you don't own if operated by the "insured" and owned by a retail seller of "autos".

2. If you are a retail seller of "autos", Collision Coverage is excess for an "auto" you own if operated by an "insured" other than you or your "employee".

3. The "diminution in value" Exclusion does not apply.

**C. Changes In Conditions**

1. Paragraph **A.6.** of the **Cancellation** Common Policy Condition is replaced by the following:

   **6.** If notice is mailed, a receipt provided by, or such other evidence of mailing as prescribed or accepted by, the U.S. Postal Service shall be sufficient proof of notice.

2. Paragraph **2.a.** of **Duties In The Event Of Accident, Claim, Suit Or Loss** is replaced by the following:

   **a.** In the event of "accident", claim, "suit" or "loss", we or our representative must receive prompt notice of the "accident" or "loss". Include:

   **(1)** How, when and where the "accident" or "loss" occurred;

   **(2)** The "insured's" name and address; and

   **(3)** To the extent possible, the names and addresses of any injured persons and witnesses.

   The requirement for giving notice of a claim, if not satisfied by the "insured" within 30 days of the date of the "accident", may be satisfied by an injured third party who, as the result of such "accident", has a claim against the "insured". However, in this event, notice of a claim given by an injured third party must be mailed to us.

© Insurance Services Office, Inc., 2012

Insured Copy

Exhibit B to PL MPSJ, Page 50 of 81

3. The **Concealment, Misrepresentation Or Fraud** Condition is replaced by the following:

**Concealment, Misrepresentation Or Fraud**

We will not pay for any "loss" or damage in any case of:

   **a.** Concealment or misrepresentation of a material fact; or

   **b.** Fraud;

committed by you or any other "insured", at any time, and relating to coverage under this policy.

4. The last sentence in the **Appraisal For Physical Damage Loss** Condition is replaced by the following:

We do not waive any of our rights under this policy by agreeing to an appraisal.

© Insurance Services Office, Inc., 2012

Insured Copy

POLICY NUMBER: CA100003734-05

**COMMERCIAL AUTO**
CA 31 37 10 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# GEORGIA UNINSURED MOTORISTS COVERAGE – ADDED ON TO AT-FAULT LIABILITY LIMITS

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Georgia, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** |
| **Endorsement Effective Date:** |

### SCHEDULE

| |
|---|
| **Limit Of Insurance:**   $1,000,000                                              **Each "Accident"** |
| Indicate with an "X" in the appropriate box the desired deductible option. Any amount payable for damages under this coverage will be in excess of the applicable deductible option.<br>**Deductible Option**<br>☒  **No deductible applies.**<br>☐  $   500   **each "accident"**<br>☐  $  1,000   **each "accident"**<br>☐  $  2,000   **each "accident"** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A. Coverage**

1. We will pay all sums in excess of the applicable deductible option shown in the Schedule or Declarations that the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "uninsured motor vehicle". The damages must result from "bodily injury" including loss of consortium, sustained by the "insured" or "property damage" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "uninsured motor vehicle".

2. We will pay under this coverage only after the limits of liability under any applicable liability bonds or policies have been exhausted by payment of judgments or settlements. However, if a settlement is made between an "insured" and the insurer of a vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle" for an amount that does not exhaust the limits of liability under any applicable liability bonds or policies, we will not pay under this coverage unless we previously consented to such settlement in writing.

CA 31 37 10 13                    © Insurance Services Office, Inc., 2012                    **Page 1 of 4**

Insured Copy

3. Any default judgment arising out of a "suit" for damages against anyone alleged to be legally responsible is not binding on us.

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

   a. The Named Insured and any "family members".

   b. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   c. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

2. A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

   a. Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   b. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

   c. The Named Insured for "property damage" only.

**C. Exclusions**

This insurance does not apply to:

1. Any claim settled without our consent. However, this exclusion does not apply to a settlement made with the insurer of a vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle", if the settlement is made in accordance with GA CODE ANN. Section 33-24-41.1 and the payment of such settlement exhausts the limits of the applicable liability bonds or policies.

2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

3. The direct or indirect benefit of any insurer of property.

4. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

5. "Property damage" for which the "insured" has been compensated by other property or physical damage coverage.

6. Punitive or exemplary damages.

7. "Bodily injury" or "property damage" arising directly or indirectly out of:

   a. War, including undeclared or civil war;

   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**D. Limit Of Insurance**

1. Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the limit of Uninsured Motorists Coverage shown in the Schedule or Declarations.

2. No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form, any Liability Coverage form or any Medical Payments Coverage endorsement attached to this Coverage Part.

   We will not make a duplicate payment under this coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible.

   We will not pay for any element of "loss" if a person is entitled to receive payment for the same element of "loss" under any workers' compensation law, exclusive of nonoccupational disability benefits.

3. We will not pay for any "property damage" that is paid or payable under Physical Damage Coverage.

© Insurance Services Office, Inc., 2012

CA 31 37 10 13

Insured Copy

Exhibit B to PL MPSJ, Page 53 of 81

## E. Changes In Conditions

The conditions of the policy are changed for Uninsured Motorists Coverage as follows:

1. Paragraph **a.** of the **Other Insurance** Condition in the Auto Dealers and Business Auto Coverage Forms and Paragraph **e.** in the **Other Insurance – Primary And Excess Insurance Provisions** Condition in the Motor Carrier Coverage Form are replaced by the following:

   If there is other applicable similar insurance available under more than one policy:

   (1) The following priorities of recovery apply:

| First | The policy affording Uninsured and Underinsured Motorists Coverage to the "insured" as a Named Insured or, if the Named Insured is an individual, any "family member". |
| Second | The Uninsured and Underinsured Motorists Coverage applicable to the vehicle the "insured" was "occupying" at the time of the "accident". |

   (2) We will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

   The reference in the **Other Insurance** Condition in the Auto Dealers and Business Auto Coverage Forms and the **Other Insurance – Primary And Excess Insurance Provisions** Condition in the Motor Carrier Coverage Form to "other collectible insurance" applies only to other collectible uninsured motorists insurance.

2. The **Duties In The Event Of Accident, Claim, Suit Or Loss** Condition in the Business Auto and Motor Carrier Coverage Forms and the **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** Condition in the Auto Dealers Coverage Form are changed by adding the following:

   a. Promptly notify the police if a hit-and-run driver is involved; and

   b. Promptly send us copies of the legal papers if a "suit" is brought.

3. The **Transfer Of Rights Of Recovery Against Others To Us** Condition is also changed by adding the following:

   If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

   We shall be entitled to the rights to recover damages from another only after the "insured" has been fully compensated for damages.

4. The **Two Or More Coverage Forms Or Policies Issued By Us** Condition does not apply to the Named Insured or, if the Named Insured is an individual, any "family member".

## F. Additional Definitions

As used in this endorsement:

1. "Family member" means a person related to an individual Named Insured by blood, marriage or adoption who is a resident of such Named Insured's household, including a ward or foster child.

2. "Occupying" means in, upon, getting in, on, out or off.

3. "Property damage" means:

   a. Injury to or destruction of a covered "auto" or its resulting loss of use;

   b. Injury to or destruction of property contained in the covered "auto" and owned by the Named Insured or, if the Named Insured is an individual, any "family member"; or

   c. Injury or destruction of property contained in the covered "auto" and owned by anyone else "occupying" the covered "auto".

4. "Uninsured motor vehicle" means a land motor vehicle or "trailer":

   a. For which there is neither:

      (1) Cash or securities on file with the Georgia Commissioner of Public Safety; nor

      (2) A liability bond or policy;

      applicable at the time of the "accident".

---

© Insurance Services Office, Inc., 2012

Insured Copy

Exhibit B to PL MPSJ, Page 54 of 81

**b.** That is an underinsured motor vehicle. An underinsured motor vehicle is a land motor vehicle or "trailer" for which the sum of the limits of all liability bonds or policies applicable at the time of the "accident" either:

**(1)** Is not enough to pay the full amount the covered "insured" is legally entitled to recover as damages; or

**(2)** Has been reduced by payment of claims to an amount which is not enough to pay the full amount the covered "insured" is legally entitled to recover as damages.

**c.** For which an insuring or bonding company legally denies coverage or is or becomes insolvent; or

**d.** That is a hit-and-run vehicle and neither the driver nor owner can be identified.

The vehicle must either:

**(1)** Hit an "insured", a covered "auto" or a vehicle an "insured" is "occupying"; or

**(2)** Cause "bodily injury" or "property damage" with no physical contact with an "insured", a covered "auto" or a vehicle an "insured" is "occupying" at the time of the "accident", provided the facts of the "accident" can be corroborated by an eyewitness to the "accident" other than the "insured" making the claim.

However, "uninsured motor vehicle" does not include any vehicle:

**a.** Designed for use mainly off public roads while not on public roads; or

**b.** Owned by or furnished for the regular use of you or any "family member".

© Insurance Services Office, Inc., 2012

Insured Copy

COMMERCIAL AUTO
CA 99 03 10 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AUTO MEDICAL PAYMENTS COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

## A. Coverage

We will pay reasonable expenses incurred for necessary medical and funeral services to or for an "insured" who sustains "bodily injury" caused by "accident". We will pay only those expenses incurred, for services rendered within three years from the date of the "accident".

## B. Who Is An Insured

1. You while "occupying" or, while a pedestrian, when struck by any "auto".

2. If you are an individual, any "family member" while "occupying" or, while a pedestrian, when struck by any "auto".

3. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, loss or destruction.

## C. Exclusions

This insurance does not apply to any of the following:

1. "Bodily injury" sustained by an "insured" while "occupying" a vehicle located for use as a premises.

2. "Bodily injury" sustained by you or any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by you or furnished or available for your regular use.

3. "Bodily injury" sustained by any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by or furnished or available for the regular use of any "family member".

4. "Bodily injury" to your "employee" arising out of and in the course of employment by you. However, we will cover "bodily injury" to your domestic "employees" if not entitled to workers' compensation benefits. For the purposes of this endorsement, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

5. "Bodily injury" to an "insured" while working in a business of selling, servicing, repairing or parking "autos" unless that business is yours.

6. "Bodily injury" arising directly or indirectly out of:

   a. War, including undeclared or civil war;

   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

© Insurance Services Office, Inc., 2011

Insured Copy

7. "Bodily injury" to anyone using a vehicle without a reasonable belief that the person is entitled to do so.

8. "Bodily Injury" sustained by an "insured" while "occupying" any covered "auto" while used in any professional racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply to any "bodily injury" sustained by an "insured" while the "auto" is being prepared for such a contest or activity.

### D. Limit Of Insurance

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for "bodily injury" for each "insured" injured in any one "accident" is the Limit Of Insurance for Auto Medical Payments Coverage shown in the Declarations.

No one will be entitled to receive duplicate payments for the same elements of "loss" under this coverage and any Liability Coverage Form, Uninsured Motorists Coverage Endorsement or Underinsured Motorists Coverage Endorsement attached to this Coverage Part.

### E. Changes In Conditions

The **Conditions** are changed for **Auto Medical Payments Coverage** as follows:

1. The **Transfer Of Rights Of Recovery Against Others To Us** Condition does not apply.

2. The reference in **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form to "other collectible insurance" applies only to other collectible auto medical payments insurance.

### F. Additional Definitions

As used in this endorsement:

1. "Family member" means a person related to you by blood, marriage or adoption who is a resident of your household, including a ward or foster child.

2. "Occupying" means in, upon, getting in, on, out or off.

© Insurance Services Office, Inc., 2011

Insured Copy

POLICY NUMBER: CA100003734-05

**COMMERCIAL AUTO**
**CA 99 10 10 13**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DRIVE OTHER CAR COVERAGE –
# BROADENED COVERAGE FOR NAMED INDIVIDUALS

This endorsement modifies insurance provided under the following:

    AUTO DEALERS COVERAGE FORM
    BUSINESS AUTO COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** |
| **Endorsement Effective Date:** |

STATE: GA                                    **SCHEDULE**

| Name Of Individual: | | | | |
|---|---|---|---|---|
| CANDICE KLEIN, ROBERT KLEIN & PRISCILLA KLEIN | | | | |
| **Covered Autos Liability** | | | | |
| **Coverage** | Limit: | $ 1,000,000 | Premium: | *Premium Info Redacted* |
| **Auto Medical Payments** | Limit: | $ 5,000 | Premium: | |
| **Comprehensive** | Deductible: | | Premium: | |
| **Collision** | Deductible: | | Premium: | |
| **Uninsured Motorists** | Limit: | SEE SCHED | Premium: | |
| **Underinsured Motorists** | Limit: | SEE SCHED | Premium: | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | |

**Note:** When Uninsured Motorists Coverage is provided at limits higher than the basic limits required by a financial responsibility law, Underinsured Motorists Coverage is included, unless otherwise noted. If Underinsured Motorists Coverage is provided as a separate coverage, make appropriate entry in the Schedule above.

Insured Copy

**A.** This endorsement changes only those coverages where a premium is shown in the Schedule.

**B. Changes In Covered Autos Liability Coverage**

   **1.** Any "auto" you don't own, hire or borrow is a covered "auto" while being used by any individual named in the Schedule or by his or her spouse while a resident of the same household except:

      **a.** Any "auto" owned by that individual or by any member of his or her household.

      **b.** Any "auto" used by that individual or his or her spouse while working in a business of selling, servicing, repairing or parking "autos".

   **2.** The following is added to **Who Is An Insured:**

      Any individual named in the Schedule and his or her spouse, while a resident of the same household, are "insureds" while using any covered "auto" described in Paragraph **B.1.** of this endorsement.

**C. Changes In Auto Medical Payments And Uninsured And Underinsured Motorists Coverages**

The following is added to **Who Is An Insured:**

Any individual named in the Schedule and his or her "family members" are "insureds" while "occupying" or while a pedestrian when being struck by any "auto" you don't own except:

Any "auto" owned by that individual or by any "family member".

**D. Changes In Physical Damage Coverage**

Any private passenger type "auto" you don't own, hire or borrow is a covered "auto" while in the care, custody or control of any individual named in the Schedule or his or her spouse while a resident of the same household except:

   **1.** Any "auto" owned by that individual or by any member of his or her household.

   **2.** Any "auto" used by that individual or his or her spouse while working in a business of selling, servicing, repairing or parking "autos".

**E. Additional Definition**

As used in this endorsement:

"Family member" means a person related to the individual named in the Schedule by blood, marriage or adoption who is a resident of the individual's household, including a ward or foster child.

© Insurance Services Office, Inc., 2011

CA 99 10 10 13

Insured Copy

POLICY NUMBER: CA100003734-05

COMMERCIAL AUTOMOBILE
CAU 042 (01 15)

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED
## DESIGNATED PERSON OR ORGANIZATION
## PRIMARY/NON-CONTRIBUTORY COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM

This endorsement is subject to the terms, conditions, exclusions and any other provisions of the BUSINESS AUTO COVERAGE FORM or any endorsement attached thereto unless changes or additions are indicated below.

For the purpose of this endorsement, Section II. A. 1. Who Is An Insured is amended by adding the following:

1.   Any person or organization designated in the schedule below is an "insured" for Liability Coverage but only to the extent that person or organization qualifies as an "insured" under the Who Is An Insured Provision contained in Section II of the Coverage Form.

2.   This insurance is primary and non-contributory to other coverages of the person or organization shown in the Schedule when so required in a written contract or agreement that is executed prior to the loss for which coverage is sought.

### SCHEDULE

Name of Person or Organization:
AT&T, its Afilliates and their Directors, Officers, Employees

COMMERCIAL AUTO
CAU 058 (05 19)

# AUTO FIRST CHOICE COVERAGE ENDORSEMENT

**TABLE OF CONTENTS**

| DESCRIPTION | PAGE |
|---|---|
| Airbag Coverage | 3 |
| Auto Loan/Lease Gap Coverage | 3 |
| Broad Form Insured | 1 |
| Concealment, Misrepresentation or Fraud | 4 |
| Deductible | 3 |
| Duties in the Event of Accident, Claim, Suit or Loss | 4 |
| Fellow Employee | 2 |
| Fire Department Service Charge | 2 |
| Other Insurance for Hired Auto Physical Damage Coverage | 4 |
| Loss of Earnings | 2 |
| Loss of Use Expenses | 2 |
| Supplementary Payments | 2 |
| Transfer of Rights of Recovery against Others to Us | 4 |
| Transportation Expenses | 2 |

CAU 058 (05 19)        Includes copyrighted material of the Insurance Services Office, Inc., with its permission.    Page 0 of 4
Copyright 2018 FCCI Insurance Group

Insured Copy

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# AUTO FIRST CHOICE COVERAGE ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM

NOTE:  The following are additions, replacements and amendments to the Business Auto Coverage Form, and will apply unless excluded by separate endorsement(s) to the Business Auto Coverage Form.

With respect to coverages provided by this endorsement, the provisions of the Business Auto Coverage Form apply unless modified by this endorsement.

The Business Auto Coverage Form is amended as follows:

**SECTION II – COVERED AUTOS LIABILITY COVERAGE** is amended as follows:

A. Paragraph **1. Who Is An Insured** in section **A. Coverage** is amended by the addition of the following:

    **d.** Any legally incorporated subsidiary of yours in which you own more than 50% of the voting stock on the effective date of this coverage form. However, "insured" does not include any subsidiary that is an "insured" under any other liability policy or would be an "insured" under such a policy but for its termination or the exhaustion of its limits of insurance.  In order for such subsidiaries to be considered insured under this policy, you must notify us of such subsidiaries within 60 days of policy effective date.

    **e.** Any organization you newly acquire or form during the policy period, other than a partnership or joint venture, and over which you maintain sole ownership or a majority interest. However, coverage under this provision:

        **(1)** Does not apply if the organization you acquire or form is an "insured" under another liability policy or would be an "insured" under such a policy but for its termination or the exhaustion of its limits of insurance;

        **(2)** Does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

        **(3)** Is afforded only for the first 90 days after you acquire or form the organization or until the end of the policy period, whichever comes first.

    **f.** Any person or organization who is required under a written contract or agreement between you and that person or organization, that is signed and executed by you before the "bodily injury" or "property damage" occurs and that is in effect during the policy period, to be named as an additional insured  is an "insured" for Liability Coverage, but only for damages to which this insurance applies and only to the extent that person or organization qualifies as an "insured" under the Who Is An Insured provision contained in Section II.

    **g.** Any "employee" of yours using:

        **(1)** a covered "auto" you do not own, hire or borrow, or a covered "auto" not owned by an "employee" or a member of his or her household, while performing duties related to the conduct of your business or your personal affairs; or

        **(2)** an "auto" hired or rented under a contract or agreement in that "employee's"  name, with your permission, while performing duties related to the conduct of your business.  However, your "employee" does not qualify as an insured under this paragraph (2) while using a covered "auto" rented from you or from any member of the "employee's" household

Insured Copy

    **h.** Your members, if you are a limited liability company, while using a covered "auto" you do not own, hire or borrow, while performing duties related to the conduct of your business or your personal affairs.

**B.** Paragraphs **(2)** and **(4)** under section **2. Coverage Extensions, a. Supplementary Payments** are deleted and replaced by the following:

    **(2)** Up to $3,000 for cost of bail bonds (including bonds for related traffic violations) required because of an "accident" we cover. We do not have to furnish these bonds.

    **(4)** All reasonable expenses incurred by the "insured" solely at our request, including actual loss of earnings up to $500 a day because of time off from work.

**C.** Paragraph **5.** under section **B. Exclusions** is deleted and replaced by the following:

    **5. Fellow Employee**

      "Bodily injury" to:

      **a.** Any fellow "employee" of the "insured" arising out of and in the course of a fellow "employee's" employment or while performing duties related to the conduct of your business. However, this exclusion does not apply to your "employees" that are officers or managers if the "bodily injury" results from the use of a covered "auto" you own, hire or borrow.  Coverage is excess over any other collectible insurance; or

      **b.** The spouse, child, parent, brother or sister of that fellow "employee" as a consequence of Paragraph **a.** above.

**SECTION III – PHYSICAL DAMAGE COVERAGE** is amended as follows:

**A.** Paragraph **4. Coverage Extensions** under section **A. Coverage** is deleted and replaced by the following:

    **4. Coverage Extensions**

      **a. Transportation Expenses**

      We will pay up to $50 per day to a total maximum of $1,500 for temporary transportation expense incurred by you due to covered loss to any covered auto.  We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes Of Loss Coverage.  We will pay for temporary transportation expenses incurred during the period beginning 24 hours after a loss and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for its "loss".

      **b. Loss of Use Expenses**

      For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

      **(1)** Other than collision only if the Declarations indicate that Comprehensive Coverage is provided for hired "autos";

      **(2)** Specified Causes of Loss only if the Declarations indicate that Specified Causes of Loss Coverage is provided for hired "autos"; or

      **(3)** Collision only if the Declarations indicate that Collision Coverage is provided for hired "autos".

      However, the most we will pay for any expenses for loss of use to any one vehicle is $75 per day, to a total maximum of $1,500.

**B.** The following is added to paragraph **4. Coverage Extensions** under section **A. Coverage**:

      **c. Fire Department Service Charge**

      When a fire department is called to save or protect a covered "auto", its equipment, its contents, or occupants from a covered cause of loss, we will pay up to $1,000 for your liability for fire department service charges assumed by contractor or agreement prior to loss.

      No deductible applies to this additional coverage.

d. **Auto Loan/Lease Gap Coverage**

The following provisions apply:

(1) If a long term leased "auto", under an original lease agreement, is a covered "auto" under this coverage form and the lessor of the covered "auto" is named as an additional insured under this policy, in the event of a total loss to the leased covered "auto", we will pay any unpaid amount due on the lease, less the amount paid under the Physical Damage Coverage Section of the policy; and less any:

   (a) Overdue lease or loan payments including penalties, interest, or other charges resulting from overdue payments at the time of the "loss";

   (b) Financial penalties imposed under a lease for excessive use, abnormal wear and tear or high mileage;

   (c) Security deposits not refunded by the lessor;

   (d) Costs for extended warranties, Credit Life Insurance, Health Accident or Disability Insurance purchased with the loan or lease; and

   (e) Carry-over balances from previous loans or leases.

(2) If an owned "auto" is a covered "auto" under this coverage form and the loss payee of the covered "auto" is named a loss payee under this policy, in the event of a total loss to the covered "auto", we will pay any unpaid amount due on the loan, less the amount paid under the Physical Damage Coverage Section of the policy; and less any;

   (a) Overdue loan payments at the time of the "loss";

   (b) Costs for extended warranties, Credit Life Insurance, Health Accident or Disability Insurance purchased with the loan; and

   (c) Carry-over balances from previous loans.

C. Paragraph **3.** under section **B. Exclusions** is deleted and replaced by the following:

   3. We will not pay for "loss" due and confined to:

      a. Wear and tear, freezing, mechanical or electrical breakdown

      b. Blowouts, punctures or other road damage to tires

      This exclusion does not apply to such "loss" resulting from the total theft of a covered "auto".

      However, this exclusion does not include the discharge of an airbag in a covered "auto" you own that inflates due to a cause other than a cause of "loss" set forth in Paragraphs **A.1.b and A.1.c.**but only:

      a. If that "auto" is a covered "auto" for Comprehensive Coverage under this policy;

      b. The airbags are not covered under any warranty; and

      c. The airbags were not intentionally inflated

      We will pay up to a maximum of $1,000 for any one "loss".

D. Section **D. Deductible** is deleted and replaced by the following:

   D. **Deductible**

      For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations subject to the following:

      Any Comprehensive Coverage deductible shown in the Declarations does not apply to:

      (1) "Loss" caused by fire or lightning; and

      (2) "Loss" arising out of theft of your vehicle if your vehicle is equipped with an active GPS tracking system.

 Includes copyrighted material of the Insurance Services Office, Inc., with its permission.   Page 3 of 4
Copyright 2018 FCCI Insurance Group.

Insured Copy

**(3)** Glass damage if repaired rather than replaced.

**SECTION IV – BUSINESS AUTO CONDITIONS** is amended as follows:

**A.** The following is added to paragraph **a.** under section **A. Loss Conditions, 2. Duties in the Event of Accident, Claim, Suit or Loss**:

This duty applies when the "accident", claim, "suit" or "loss" is first known to:

**(a)** You, if you are an individual;

**(b)** A partner, if you are a partnership;

**(c)** An executive officer or insurance manager, if you are a corporation; or

**(d)** A member or manager, if you are a limited liability company.

**B.** Condition **5. Transfer of Rights of Recovery against Others to Us** under section **A. Loss Conditions** is deleted and replaced by the following:

**5. Transfer of Rights of Recovery against Others to Us**

If a person or organization to or for whom we make payment under this coverage form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them. However, if the insured has waived rights to recover through a written contract, or if your work was commenced under a letter of intent or work order, subject to a subsequent reduction in writing of such a waiver with customers whose customary contracts require a waiver, we waive any right of recovery we may have under this coverage form.

**C.** The following is added to Condition **2. Concealment, Misrepresentation or Fraud** under section **B. General Conditions**:

However, if you unintentionally fail to disclose any hazards at the inception of your policy, we will not deny coverage under this coverage form because of such failure. This provision does not affect our right to collect additional premium or exercise our right of cancellation or non-renewal.

**D.** Paragraph **b.** of Condition **5. Other Insurance** under section **B. General Conditions** is deleted and replaced by the following:

**b.** For Hired Auto Physical Damage Coverage, the following are deemed to be covered "autos" you own;

**(1)** Any covered "auto" you lease, hire, rent or borrow; and

**(2)** Any covered "auto" hired or rented by your "employee" under a contract in that individual "employee's" name, with your permission, while performing duties related to the conduct of your business. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto", nor is any "auto" you hire from any of your "employees", partners (if you are a partnership), members (if you are a limited liability company), or members of their households.

Exhibit B to PL MPSJ, Page 65 of 81

| | **Policy Number**<br>**CA100003734-05** |
|---|---|
| **ENDORSEMENT** | |
| **National Trust Insurance Company** | |

| Named Insured | Klein Contracting Corp | Effective Date: | 07-01-20 |
|---|---|---|---|
| | | | 12:01 A.M., Standard Time |
| Agent Name | YATES INSURANCE AGENCY INC | Agent No. | 03036-001 |

MAN-AU (01/02)

Insured Copy

**Policy Number**
**CA100003734-05**

THIS ENDORSEMENT CHANGES THE POLICY.
PLEASE READ IT CAREFULLY.
COMMON POLICY CHANGE ENDORSEMENT

Endorsement No.  001

## National Trust Insurance Company

Named Insured   Klein Contracting Corp

Effective Date:  07-01-20
12:01 A.M., Standard Time

Agent Name        YATES INSURANCE AGENCY INC

Agent No.   03036-001

This endorsement will not be used to decrease coverages, increase rates or deductibles or alter any terms or conditions of coverage unless at the sole request of the insured.

COVERAGE PART INFORMATION — Coverage parts affected by this change as indicated by ☒ below.

|  | Commercial Property |
|---|---|
|  | Commercial General Liability |
|  | Commercial Crime |
|  | Commercial Inland Marine |
|  |  |
|  |  |

The following item(s):

| | | | |
|---|---|---|---|
|  | Insured's Name |  | Insured's Mailing Address |
|  | Policy Number |  | Company |
|  | Effective/Expiration Date |  | Insured's Legal Status/Business of Insured |
|  | Payment Plan |  | Premium Determination |
| X | Additional Interested Parties |  | Coverage Forms and Endorsements |
|  | Limits/Exposures |  | Deductibles |
|  | Covered Property/Location Description |  | Classification/Class Codes |
|  | Rates |  | Underlying Exposure/Insurance |

is (are) changed to read {See Additional Page(s)}

SEE NEXT PAGE

The above amendments result in a change in the premium as follows:

This premium does not include taxes and surcharges.

| ☒ No Changes | ☐ To be Adjusted at Audit | Additional | | Return |
|---|---|---|---|---|

**Tax and Surcharge Changes**

| Additional | Return |
|---|---|

Countersigned By:

_____
AUTHORIZED AGENT

**CW-CHANGEDESC (10/13)**

Insured Copy

**Policy Number**
**CA100003734-05**

### COMMON POLICY CHANGE ENDORSEMENT

Endorsement No. 001

## National Trust Insurance Company

Named Insured    Klein Contracting Corp

Effective Date:    07-01-20

12:01 A.M., Standard Time

Agent Name    YATES INSURANCE AGENCY INC

Agent No.    03036-001

### POLICY CHANGES ENDORSEMENT DESCRIPTION (CONT'D)

```
THE FOLLOWING ADDITIONAL INTEREST (AMENDED NOTICE OF CANCELLATION)
HAS BEEN ADDED TO THE POLICY:
DPR CONSTRUCTION
3301 WINDY RIDGE PKWY SE STE 500
ATLANTA GA  30339-8579

THE FOLLOWING FORM(S) HAS BEEN AMENDED:
IL 011         01-15     AMENDED NOTICE OF CANCEL PROVIDED BY US

ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME
```

**REMOVAL PERMIT**

If this policy includes the Commercial Property Coverage Part, the Standard Property Policy, or the Capital Assets Program (Output Policy) Coverage Part with all property scheduled on the Scheduled Location Endorsement **OP 14 01,** the following applies with respect to that Coverage Part or Policy:

If Covered Property is removed to a new location that is described on this Policy Change, you may extend this insurance to include that Covered Property at each location during the removal.  Coverage at each location will apply in the proportion that the value at each location bears to the value of all Covered Property being removed.  This permit applies up to 10 days after the effective date of this Policy Change; after that, this insurance does not apply at the previous location.

**CW-CHANGEDESC (10/13)**

Insured Copy

POLICY NUMBER: CA100003734-05                                                  IL 011 (01 15)

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# AMENDED NOTICE OF CANCELLATION PROVIDED BY US

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
BUSINESSOWNERS COVERAGE FORM
COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE FORM
COMMERCIAL OUTPUT POLICY
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA COVERAGE FORM
LIQUOR LIABILITY COVERAGE PART
MOTOR CARRIER COVERAGE FORM
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

SCHEDULE

A. Number of Days' Notice:    30

B. Person(s) or Organization Name and Address:
CHOATE CONSTRUCTION COMPANY
8200 Roberts Dr Ste 600

Atlanta, GA 30350-4148

(If no entry appears above, information required to complete this Schedule will be shown in the Declarations as applicable to the endorsement.)

For any statutorily permitted reason other than nonpayment of premium, the number of days required for notice of cancellation to the first Named Insured, as provided in **Paragraph 2.** of either the Cancellation Common Policy Condition or as amended by an applicable state cancellation endorsement, is increased to the number of days shown in item **A.** in the Schedule above.

When a person or organization is listed in item **B.** in the Schedule above, the number of days notice in item **A.** also applies to the person(s) or organization listed in the schedule.

POLICY NUMBER:  CA100003734-05                                                   IL 011 (01 15)

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# AMENDED NOTICE OF CANCELLATION PROVIDED BY US

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
BUSINESSOWNERS COVERAGE FORM
COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE FORM
COMMERCIAL OUTPUT POLICY
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA COVERAGE FORM
LIQUOR LIABILITY COVERAGE PART
MOTOR CARRIER COVERAGE FORM
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

SCHEDULE

A. Number of Days' Notice:    30

B. Person(s) or Organization Name and Address:
DPR Construction
3301 Windy Ridge Pkwy SE Ste 500

Atlanta, GA 30339-8579

(If no entry appears above, information required to complete this Schedule will be shown in the Declarations as applicable to the endorsement.)

For any statutorily permitted reason other than nonpayment of premium, the number of days required for notice of cancellation to the first Named Insured, as provided in **Paragraph 2.** of either the Cancellation Common Policy Condition or as amended by an applicable state cancellation endorsement, is increased to the number of days shown in item **A.** in the Schedule above.

When a person or organization is listed in item **B.** in the Schedule above, the number of days notice in item **A.** also applies to the person(s) or organization listed in the schedule.

Exhibit B to PL MPSJ, Page 70 of 81

**Policy Number**
**CA100003734-05**

THIS ENDORSEMENT CHANGES THE POLICY.
PLEASE READ IT CAREFULLY.
COMMON POLICY CHANGE ENDORSEMENT

Endorsement No.  002

## National Trust Insurance Company

Named Insured   Klein Contracting Corp

Effective Date:  07-01-20

12:01 A.M., Standard Time

Agent Name       YATES INSURANCE AGENCY INC

Agent No.   03036-001

This endorsement will not be used to decrease coverages, increase rates or deductibles or alter any terms or conditions of coverage unless at the sole request of the insured.

COVERAGE PART INFORMATION — Coverage parts affected by this change as indicated by ⊠ below.

| | |
|---|---|
| ☐ | Commercial Property |
| ☐ | Commercial General Liability |
| ☐ | Commercial Crime |
| ☐ | Commercial Inland Marine |
| ☒ | COMMERCIAL AUTOMOBILE |
| ☐ | |

**Premium Info Redacted**

The following item(s):

| | | | |
|---|---|---|---|
| ☐ | Insured's Name | ☐ | Insured's Mailing Address |
| ☐ | Policy Number | ☐ | Company |
| ☐ | Effective/Expiration Date | ☐ | Insured's Legal Status/Business of Insured |
| ☐ | Payment Plan | ☐ | Premium Determination |
| ☐ | Additional Interested Parties | ☐ | Coverage Forms and Endorsements |
| ☐ | Limits/Exposures | ☐ | Deductibles |
| ☒ | Covered Property/Location Description | ☐ | Classification/Class Codes |
| ☐ | Rates | ☐ | Underlying Exposure/Insurance |

is (are) changed to read {See Additional Page(s)}

```
THE FOLLOWING VEHICLE HAS BEEN ADDED:
    0008 - GA    2020  FORD  VIN# 1FTEW1C54LKD27575

ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME
```

The above amendments result in a change in the premium as follows:

This premium does not include taxes and surcharges.

☐ No Changes   ☐ To be Adjusted at Audit   **Premium Info Redacted** Return

Tax and Surcharge Changes

Additional                                                         Return

Countersigned By:

_____

AUTHORIZED AGENT

**CW-CHANGEDESC (10/13)**

Policy Number  CA100003734-05
Endorsement No.  002

# National Trust Insurance Company

## SCHEDULE OF AUTO CHANGES

Named Insured  Klein Contracting Corp

Agent Name  YATES INSURANCE AGENCY INC

Effective Date: 07-01-20
12:01 A.M., Standard Time
Agent No. 03036-001

Coverage affected by this change is Added, Deleted or Changed as indicated below:

| Covered Auto No. | Veh. Cov. is | DESCRIPTION Year, Model, Trade Name, Body Type Serial Number (S) Vehicle Identification Number (VIN) | TERRITORY Town & State Where The Covered Auto Will Be Principally Garaged | Original Cost New |
|---|---|---|---|---|
| GA8 | ADDED: | 2020, FORD F-150, 1FTEW1C54LKD27575 | Doraville GA, 101 | $ 38,526  ACV |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### CLASSIFICATION

| Covered Auto No. | Radius Of Operation | Business Use s=service r=retail c=commercial | Size GVW, GCW Or Vehicle Seating Capacity | Age Group | Secondary Rating Classification | Code | EXCEPT For Towing, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below Interests In The Auto At The Time Of The Loss: |
|---|---|---|---|---|---|---|---|
| GA8 | 50 | S | 6,800 | 1 | All Others | 014890 | |
| | | | | | | | See Schedule of Loss Payees, if applicable. |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### COVERAGES – PREMIUMS, LIMITS AND DEDUCTIBLES
(Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding ITEM TWO column applies instead.)

| Covered Auto No. | COVERED AUTOS LIABILITY | | PERSONAL INJURY PROTECTION | | ADDED P.I.P | | PROPERTY PROTECTION (Michigan Only) | |
|---|---|---|---|---|---|---|---|---|
| | Limit | Premium | Limit Stated In Each P.I.P. Endt. Minus Deductible Shown Below | Premium | Premium For Limit Stated In Each Added P.I.P. Endt. | | Limit Stated In P.P.I. Endt. Minus Deductible Shown Below | Premium |
| GA8 | $ 1,000,000 | Premium Info Redacted | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Total Premium | | | | | | | | |

AUTO-CHANGES 10 13

Page 1

Includes copyrighted material of the Insurance Services Office, Inc. with its permission.
Insured Copy

Policy Number  CA100003734-05
Endorsement No.  002

# National Trust Insurance Company

## SCHEDULE OF AUTO CHANGES

Named Insured   Klein Contracting Corp

Effective Date: 07-01-20
12:01 A.M., Standard Time

Agent Name    YATES INSURANCE AGENCY INC

Agent No. 03036-001

### COVERAGES – PREMIUMS, LIMITS AND DEDUCTIBLES
(Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding ITEM TWO column applies instead.)

| Covered Auto No. | AUTO MEDICAL PAYMENTS | | MEDICAL EXPENSE AND INCOME LOSS BENEFITS (Virginia Only) | | UNINSURED MOTORISTS | | UNDERINSURED MOTORISTS |
|---|---|---|---|---|---|---|---|
| | Limit Each Insured | Premium | Limit Stated In Each Medical Expense and Income Loss Benefits Endorsement For Each Person | Premium | Limit | Premium | Premium |
| GA8 | $ 5,000 | Premium Info Redacted | | | $  1,000,000 | Premium Info Redacted | INCL |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Total Premium | | | | | | | |

| Covered Auto No. | COMPREHENSIVE | | | SPECIFIED CAUSES OF LOSS | |
|---|---|---|---|---|---|
| | Limit Stated In ITEM TWO Minus Deductible Shown Below | | Premium | Limit Stated In ITEM TWO Minus Deductible Shown Below | Premium |
| GA8 | $   500 | ACV | Premium Info Redacted | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Total Premium | | | | | |

| Covered Auto No. | COLLISION | | | TOWING & LABOR | |
|---|---|---|---|---|---|
| | Limit Stated In ITEM TWO Minus Deductible Shown Below | | Premium | Limit Per Disablement | Premium |
| GA8 | $   500 | ACV | Premium Info Redacted | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Total Premium | | | | | |

AUTO-CHANGES 10 13

Page  2

Includes copyrighted material of the Insurance Services Office, Inc. with its permission.
Insured Copy

**Policy Number**
**CA100003734-05**

THIS ENDORSEMENT CHANGES THE POLICY.
PLEASE READ IT CAREFULLY.
COMMON POLICY CHANGE ENDORSEMENT

Endorsement No.  003

## National Trust Insurance Company

Named Insured   Klein Contracting Corp

Effective Date:  07-01-20
12:01 A.M., Standard Time

Agent Name       YATES INSURANCE AGENCY INC

Agent No.   03036-001

This endorsement will not be used to decrease coverages, increase rates or deductibles or alter any terms or conditions of coverage unless at the sole request of the insured.

COVERAGE PART INFORMATION – Coverage parts affected by this change as indicated by ☒ below.

| | |
|---|---|
| ☐ | Commercial Property |
| ☐ | Commercial General Liability |
| ☐ | Commercial Crime |
| ☐ | Commercial Inland Marine |
| ☒ | COMMERCIAL AUTOMOBILE                     NO CHARGE |
| ☐ | |

The following item(s):

| | | | |
|---|---|---|---|
| ☐ | Insured's Name | ☐ | Insured's Mailing Address |
| ☐ | Policy Number | ☐ | Company |
| ☐ | Effective/Expiration Date | ☐ | Insured's Legal Status/Business of Insured |
| ☐ | Payment Plan | ☐ | Premium Determination |
| ☐ | Additional Interested Parties | ☒ | Coverage Forms and Endorsements |
| ☐ | Limits/Exposures | ☐ | Deductibles |
| ☐ | Covered Property/Location Description | ☐ | Classification/Class Codes |
| ☐ | Rates | ☐ | Underlying Exposure/Insurance |

is (are) changed to read {See Additional Page(s)}

SEE NEXT PAGE

The above amendments result in a change in the premium as follows:

**This premium does not include taxes and surcharges.**

☒ No Changes   ☐ To be Adjusted at Audit   | Additional NO CHARGE   | ReturnNO CHARGE

**Tax and Surcharge Changes**

Additional                                                  Return

Countersigned By:

_____
AUTHORIZED AGENT

**CW-CHANGEDESC (10/13)**

Insured Copy

| | Policy Number |
|---|---|
| | **CA100003734-05** |

## COMMON POLICY CHANGE ENDORSEMENT

Endorsement No.  003

## National Trust Insurance Company

Named Insured   Klein Contracting Corp

Effective Date:   07-01-20

12:01 A.M., Standard Time

Agent Name   YATES INSURANCE AGENCY INC

Agent No.   03036-001

### POLICY CHANGES ENDORSEMENT DESCRIPTION (CONT'D)

```
THE FOLLOWING ADDITIONAL INTEREST (WAIVER OF SUBROGATION) HAS BEEN
ADDED TO THE POLICY:
 DPR CONSTRUCTION, A GENERAL PARTNERSHIP, ITS JOINT VENTURE AND JOINT
VENTURE PARTNER, WHERE APPLICABLE, ITS/THEIR OFFICERS, OWNERS,
EMPLOYEES, AGENTS, PARENTS, PARTNERS, SUBSIDIARIES AND AFFILIATES;
THE OWNER AND ANY PERSON OR ORGANIZATION THAT OWNER REQUIRES BY
WRITTEN CONTRACT; GRADY MEMORIAL HOSPITAL/GRADY HEALTH SYSTEM; FULTON
DEKALB HOSPITAL AUTHORITY
 3301 WINDY RIDGE PKWY SE STE 500
 ATLANTA GA  30339-8579

THE FOLLOWING FORM(S) HAS BEEN ADDED:
CA 04 44       10-13     WAIVER OF TRNSFR OF RGHTS OF RCVRY AGNST

ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME
```

**REMOVAL PERMIT**

If this policy includes the Commercial Property Coverage Part, the Standard Property Policy, or the Capital Assets Program (Output Policy) Coverage Part with all property scheduled on the Scheduled Location Endorsement **OP 14 01,** the following applies with respect to that Coverage Part or Policy:

If Covered Property is removed to a new location that is described on this Policy Change, you may extend this insurance to include that Covered Property at each location during the removal.  Coverage at each location will apply in the proportion that the value at each location bears to the value of all Covered Property being removed.  This permit applies up to 10 days after the effective date of this Policy Change; after that, this insurance does not apply at the previous location.

**CW-CHANGEDESC (10/13)**

Insured Copy

POLICY NUMBER: CA100003734-05

**COMMERCIAL AUTO**
CA 04 44 10 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US (WAIVER OF SUBROGATION)

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.
This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

**Named Insured:**

**Endorsement Effective Date:**

## SCHEDULE

**Name(s) Of Person(s) Or Organization(s):**
DPR Construction, A General Partnership, its joint venture and joint venture partner, where applicable, its/their officers, owners,
employees, agents, parents, partners, subsidiaries and affiliates; the Owner and any person or organization that Owner requires by
written contract; Grady Memorial Hospital/Grady Health System; Fulton DeKalb Hospital Authority

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The **Transfer Of Rights Of Recovery Against Others To Us** condition does not apply to the person(s) or organization(s) shown in the Schedule, but only to the extent that subrogation is waived prior to the "accident" or the "loss" under a contract with that person or organization.

CA 04 44 10 13

© Insurance Services Office, Inc., 2011

Page 1 of 1

Insured Copy

**Policy Number**
**CA100003734-05**

THIS ENDORSEMENT CHANGES THE POLICY.
PLEASE READ IT CAREFULLY.
COMMON POLICY CHANGE ENDORSEMENT

Endorsement No.  004

## National Trust Insurance Company

Named Insured    Klein Contracting Corp

Effective Date:  09-25-20
12:01 A.M., Standard Time

Agent Name       YATES INSURANCE AGENCY INC

Agent No.   03036-001

This endorsement will not be used to decrease coverages, increase rates or deductibles or alter any terms or conditions of coverage unless at the sole request of the insured.

**COVERAGE PART INFORMATION — Coverage parts affected by this change as indicated by ☒ below.**

|   | |
|---|---|
| ☐ | Commercial Property |
| ☐ | Commercial General Liability |
| ☐ | Commercial Crime |
| ☐ | Commercial Inland Marine |
| X | COMMERCIAL AUTOMOBILE                    NO CHARGE |
| ☐ | |

The following item(s):

| | | | |
|---|---|---|---|
| ☐ | Insured's Name | ☐ | Insured's Mailing Address |
| ☐ | Policy Number | ☐ | Company |
| ☐ | Effective/Expiration Date | ☐ | Insured's Legal Status/Business of Insured |
| ☐ | Payment Plan | ☐ | Premium Determination |
| ☐ | Additional Interested Parties | X | Coverage Forms and Endorsements |
| ☐ | Limits/Exposures | ☐ | Deductibles |
| ☐ | Covered Property/Location Description | ☐ | Classification/Class Codes |
| ☐ | Rates | ☐ | Underlying Exposure/Insurance |

is (are) changed to read {See Additional Page(s)}

THE FOLLOWING FORM(S) HAS BEEN ADDED:
CAU 002        01-15      DRIVER EXCLUSION

ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME

The above amendments result in a change in the premium as follows:

**This premium does not include taxes and surcharges.**

| ☒ No Changes | ☐ To be Adjusted at Audit | Additional NO CHARGE | Return NO CHARGE |
|---|---|---|---|

**Tax and Surcharge Changes**

| Additional | Return |
|---|---|

Countersigned By:

_____
AUTHORIZED AGENT

**CW-CHANGEDESC (10/13)**

Insured Copy

POLICY NUMBER: CA100003734-05

COMMERCIAL AUTOMOBILE
CAU 002 (01 15)

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION OF COVERAGE FOR ANY INSURED WHEN VEHICLE IS USED BY DESIGNATED OPERATOR(S)

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

In consideration of the issuance, continuation and/or renewal of the policy, it is agreed that the insurance afforded under the policy shall not apply and we shall not be liable and no liability of any kind shall be attached to us for any loss or damages sustained while any covered "auto" or other motor vehicle is being driven, either with or without your permission, by the person or persons, herein referred to as Designated Operator(s), named below.

Notwithstanding the above, the policy will provide coverage, where required by law, up to the minimum limits required by law.

JOSEPH TUCCINARDI

Designated Operator(s)

In all other respects, this policy remains unchanged.

The named "insured" accepts the endorsement and further represents that notice has been made by the named "insured" to the Designated Operator(s) that this insurance does not apply when the Designated Operator(s) use an otherwise covered "auto" or other motor vehicle. This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below, and will remain in effect for any subsequent renewals of the policy without need of further signatures or acknowledgements.

By signing below, the named "insured" further agrees that this endorsement will serve as a rejection of Uninsured/ Underinsured Motorists Coverage while the covered "Auto" or other motor vehicle is operated by the Designated Operator(s).

Endorsement Effective:    09/25/2020    Acknowledged by:_____

SIGNATURE OF INSURED

Date Signed: _____    _____

TITLE OF INSURED

Date Signed: _____    _____

SPOUSE'S SIGNATURE
(REQUIRED IF SPOUSE IS JOINT OWNER
OF THE VEHICLE AND IS EXCLUDED.)

CAU 002 (01 15)    Includes copyrighted material of the Insurance Services Office, Inc., with its permission.    Page 1 of 1
Copyright 2015 FCCI Insurance Group.

Insured Copy

| | **Policy Number**<br>**CA100003734-05** |
|---|---|

**THIS ENDORSEMENT CHANGES THE POLICY.**
**PLEASE READ IT CAREFULLY.**
**COMMON POLICY CHANGE ENDORSEMENT**

Endorsement No.  005

## National Trust Insurance Company

Named Insured   Klein Contracting Corp

Effective Date:  08-02-20
12:01 A.M., Standard Time

Agent Name        YATES INSURANCE AGENCY INC

Agent No.   03036-001

This endorsement will not be used to decrease coverages, increase rates or deductibles or alter any terms or conditions of coverage unless at the sole request of the insured.

COVERAGE PART INFORMATION — Coverage parts affected by this change as indicated by ☒ below.

| | | |
|---|---|---|
| ☐ | Commercial Property | |
| ☐ | Commercial General Liability | |
| ☐ | Commercial Crime | |
| ☐ | Commercial Inland Marine | |
| ☒ | COMMERCIAL AUTOMOBILE | **Premium Info Redacted** |
| ☐ | | |

The following item(s):

| | | | |
|---|---|---|---|
| ☐ | Insured's Name | ☐ | Insured's Mailing Address |
| ☐ | Policy Number | ☐ | Company |
| ☐ | Effective/Expiration Date | ☐ | Insured's Legal Status/Business of Insured |
| ☐ | Payment Plan | ☐ | Premium Determination |
| ☐ | Additional Interested Parties | ☐ | Coverage Forms and Endorsements |
| ☒ | Limits/Exposures | ☐ | Deductibles |
| ☒ | Covered Property/Location Description | ☐ | Classification/Class Codes |
| ☐ | Rates | ☐ | Underlying Exposure/Insurance |

is (are) changed to read  {See Additional Page(s)}

```
THE FOLLOWING VEHICLE HAS BEEN DELETED:
        0008 -  GA   2020  FORD   VIN#    1FTEW1C54LKD27575

ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME
```

The above amendments result in a change in the premium as follows:

**This premium does not include taxes and surcharges.**

| ☐ No Changes | ☐ To be Adjusted at Audit | Additional | | Return $ **Premium Info Redacted** |
|---|---|---|---|---|

**Tax and Surcharge Changes**

| Additional | Return |
|---|---|

Countersigned By:

_____
AUTHORIZED AGENT

CW-CHANGEDESC (10/13)

Policy Number  CA100003734-05

Endorsement No.  005

# National Trust Insurance Company

## SCHEDULE OF AUTO CHANGES

Named Insured  Klein Contracting Corp

Effective Date: 08-02-20
12:01 A.M., Standard Time

Agent Name       YATES INSURANCE AGENCY INC

Agent No. 03036-001

Coverage affected by this change is Added, Deleted or Changed as indicated below:

| Covered Auto No. | Veh. Cov. is | DESCRIPTION Year, Model, Trade Name, Body Type Serial Number (S) Vehicle Identification Number (VIN) | TERRITORY Town & State Where The Covered Auto Will Be Principally Garaged | Original Cost New |
|---|---|---|---|---|
| GA8 | DELETED: | 2020, FORD F-150, 1FTEW1C54LKD27575 | Doraville GA, 101 | $ 38,526   ACV |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | CLASSIFICATION | | | | | | |
|---|---|---|---|---|---|---|---|
| Covered Auto No. | Radius Of Operation | Business Use s=service r=retail c=commercial | Size GVW, GCW Or Vehicle Seating Capacity | Age Group | Secondary Rating Classification | Code | EXCEPT For Towing, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below According To Their Interests In The Auto At The Time Of The Loss: |
| GA8 | 50 | S | 6,800 | 1 | All Others | 014890 | |
| | | | | | | | See Schedule of Loss Payees, if applicable. |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

COVERAGES – PREMIUMS, LIMITS AND DEDUCTIBLES
(Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding ITEM TWO column applies instead.)

| Covered Auto No. | COVERED AUTOS LIABILITY | | PERSONAL INJURY PROTECTION | | ADDED P.I.P | PROPERTY PROTECTION (Michigan Only) | |
|---|---|---|---|---|---|---|---|
| | Limit | Premium | Limit Stated In Each P.I.P. Endt. Minus Deductible Shown Below | Premium | Premium For Limit Stated In Each Added P.I.P. Endt. | Limit Stated In P.P.I. Endt. Minus Deductible Shown Below | Premium |
| GA8 | $ 1,000,000 | Premium Info Redacted | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Total Premium | | | | | | | |

AUTO-CHANGES 10 13

Page 1

Includes copyrighted material of the Insurance Services Office, Inc. with its permission.
Insured Copy

Policy Number  CA100003734-05
Endorsement No.  005

# National Trust Insurance Company

## SCHEDULE OF AUTO CHANGES

Named Insured   Klein Contracting Corp

Effective Date: 08-02-20
12:01 A.M., Standard Time

Agent Name   YATES INSURANCE AGENCY INC

Agent No. 03036-001

### COVERAGES – PREMIUMS, LIMITS AND DEDUCTIBLES
(Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding ITEM TWO column applies instead.)

| Covered Auto No. | AUTO MEDICAL PAYMENTS | | MEDICAL EXPENSE AND INCOME LOSS BENEFITS (Virginia Only) | | UNINSURED MOTORISTS | | UNDERINSURED MOTORISTS |
|---|---|---|---|---|---|---|---|
| | Limit Each Insured | Premium | Limit Stated In Each Medical Expense and Income Loss Benefits Endorsement For Each Person | Premium | Limit | Premium | Premium |
| GA8 | $ 5,000 | Premium Info Redacted | | | $  1,000,000 | Premium Info Redacted | INCL |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Total Premium | | | | | | | |

| Covered Auto No. | COMPREHENSIVE | | | SPECIFIED CAUSES OF LOSS | |
|---|---|---|---|---|---|
| | Limit Stated In ITEM TWO Minus Deductible Shown Below | | Premium | Limit Stated In ITEM TWO Minus Deductible Shown Below | Premium |
| GA8 | $   500 | ACV | Premium Info Redacted | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Total Premium | | | | | |

| Covered Auto No. | COLLISION | | | TOWING & LABOR | |
|---|---|---|---|---|---|
| | Limit Stated In ITEM TWO Minus Deductible Shown Below | | Premium | Limit Per Disablement | Premium |
| GA8 | $   500 | ACV | Premium Info Redacted | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Total Premium | | | | | |

AUTO-CHANGES 10 13

Page  2

Includes copyrighted material of the Insurance Services Office, Inc. with its permission.
Insured Copy