```
                                                              Page 1
 1        IN THE STATE COURT OF DEKALB COUNTY
                  STATE OF GEORGIA
 2
 3

     MICHELLE THOMPSON and
 4   LAURA ROSENCRANTZ,
                    Plaintiffs
 5
               vs.                        CIVIL ACTION FILE
 6                                        NO. 20A83659

     KLEIN CONTRACTING CORP., and
 7   JOSEPH P. TUCCINARDI,
                    Defendants
 8
 9
10
11
12
13
14            DEPOSITION OF CANDACE KLEIN
15         TAKEN BY REMOTE VIDEOCONFERENCE
16             Wednesday, May 12, 2021
17                   10:00 a.m.
18   Witness remote location:  Doraville, Georgia
19           Heather S. Cruz, RPR, CCR-2727
20
21
22
23
24
25
```

Case 1:21-cv-03730-SDG   Document 50-6   Filed 08/31/22   Page 2 of 8

Candace Klein                                              May 12, 2021
Thompson, M And Laura R Vs. Klein Contracting Corp Et Al.

Page 17

1   A.   It is.
2   Q.   Great.  So it talks about in this letter the
3   relocation and things like that.
4        What was your understanding as far as, you
5   know, how long it would take him to relocate or his plans
6   for making that relocation from Florida to Georgia?
7   A.   He indicated that his fiancee was -- had
8   received an offer in her line of work, and they were
9   simply waiting for her line of work to -- she was a
10  dancer in the Atlanta Ballet, I believe, or someone had
11  made her an offer.  They were waiting for them to open up
12  for them to totally move from Georgia -- from Florida to
13  Georgia.  So he was waiting on her for that move.  But
14  until then, he would be both in our office and working
15  remotely in Florida.
16  Q.   As I understand it, he worked for Klein
17  Contracting for about five weeks; is that right?
18       Well, let me rephrase that question.  I think
19  he worked for five weeks before the wreck that we're here
20  about today took place?
21  A.   I believe it was about a month to five weeks.
22  Yes.
23  Q.   And during that time frame, was he working more
24  virtually or here in the Atlanta area?
25  A.   At the time, he was more in the Atlanta area.

Case 1:21-cv-03730-SDG   Document 50-6   Filed 08/31/22   Page 3 of 8

Candace Klein                                    May 12, 2021
Thompson, M And Laura R Vs. Klein Contracting Corp Et Al.

Page 32

1   BY MR. MILDENHALL:
2       Q.   Were you aware of any instances where
3   Mr. Tuccinardi broke the law while driving a Klein
4   company vehicle prior to this collision?
5            MR. MIRANDA:  Object to the form.
6       A.   No.
7   BY MR. MILDENHALL:
8       Q.   Were you aware of any instances where
9   Mr. Tuccinardi violated Klein company fleet policies
10  prior to this collision?
11           MR. MIRANDA:  Object to the form.
12           MR. SCHULTZ:  Same objection.
13      A.   No.
14  BY MR. MILDENHALL:
15      Q.   And you were kind enough to produce to us the
16  Klein fleet -- I guess the whole Employee Handbook,
17  including therein the fleet policy.
18           And let me see if I can get that pulled up.
19  One second here.
20           All right.  You should be looking at Klein
21  Contracting 000044, the bates stamp.  Do you see that
22  Chapter 14 Fleet Safety?
23      A.   I do.
24      Q.   And is this part of the Klein Contracting
25  Employee Handbook?

Case 1:21-cv-03730-SDG   Document 50-6   Filed 08/31/22   Page 4 of 8
Candace Klein                                               May 12, 2021
Thompson, M And Laura R Vs. Klein Contracting Corp Et Al.

Page 47

1  We don't support golf.  We don't take clients out
2  golfing.
3          I wouldn't even know -- I know where two
4  courses are in Atlanta by default because other people I
5  know go there.  So I'm sorry.  I don't even -- I couldn't
6  even tell you on a map where Andersonville is.  I
7  apologize.  Not my thing.
8          And no one here -- again, no one here plays
9  golf.  We don't know anything about it.  We don't support
10 golf.  We don't sponsor golf.  We don't --
11     Q.   Understood.  What about do you know which hotel
12 he was staying in at the time?
13     A.   I'm sorry.  I do not.
14     Q.   Do you know where the hotel was located?
15     A.   No.  I'm sorry.  I would have assumed it would
16 have been somewhere that would have been convenient to
17 Doraville.
18     Q.   And your understanding is at least from what
19 you learned from Mr. Tuccinardi or otherwise, that he was
20 going on to his way back to the hotel after having dinner
21 at Grub, the restaurant he was at that day?
22     A.   I'm sorry.  I don't understand the question.
23 I --
24     Q.   Go ahead.
25     A.   No.  Go ahead.  Please.

Case 1:21-cv-03730-SDG   Document 50-6   Filed 08/31/22   Page 5 of 8

Candace Klein
May 12, 2021
Thompson, M And Laura R Vs. Klein Contracting Corp Et Al.

Page 49

1    Was there anything wrong with him as far as
2  company policies are concerned with him taking the work
3  vehicle down to the site for the inspection or the bid?
4        A.   It would have been extremely atypical for him
5  to on a weekend take any vehicle anywhere.
6        Q.   And how did he get the keys to the other truck,
7  did he have access to other vehicles on a regular
8  basis?
9        A.   He had access to the office which would have
10 given him access to the other vehicles, where the keys
11 are stored.
12       Q.   And for the company vehicle that Mr. Tuccinardi
13 had.  I think we talked about this.  But on the weekends,
14 he was allowed to use his company vehicle within the
15 policies that we talked about earlier for personal use?
16       A.   During COVID, we were in an atypical time.
17 Also, during the time of COVID, we were also very limited
18 as to what we could do or how we could do it.
19       Q.   Sure.  What I'm trying to figure out though, so
20 for the activities that you've learned about that he was
21 engaged in, you know, going to the POW Museum, although
22 it was atypical timing, nothing within his use of the
23 vehicle, company vehicle was outside of the Klein
24 Contracting personal or I guess business use policies?
25            MR. SCHULTZ:  Objection.  Form.  Briant, are

Case 1:21-cv-03730-SDG   Document 50-6   Filed 08/31/22   Page 6 of 8
Candace Klein                                                May 12, 2021
Thompson, M And Laura R Vs. Klein Contracting Corp Et Al.

Page 53

1  outside of COVID.
2  BY MR. MILDENHALL:
3      Q.  Well, let's move on then to his use of the
4  company vehicle.
5          You mentioned errands.  Are you aware of any
6  specific errands that he was doing between the golf and
7  the dinner?
8      A.  No.
9      Q.  Would running errands, such as going to the
10 grocery store and going to dinner on the weekend with the
11 Klein company vehicle be within the company's policy for
12 personal use of company vehicles and the agreement
13 Mr. Tuccinardi had with Klein Contracting?
14     A.  It was my assumption that people were simply
15 going to the grocery store and going home during COVID in
16 any company vehicle.
17     Q.  Let me understand your response though.
18         So those types of activities were approved for
19 the personal, you know, they were approved in the
20 personal use policies and Mr. Tuccinardi's agreement with
21 Klein Contracting for his personal use of the company
22 vehicle?
23     A.  Yes.
24     Q.  If you put aside -- well, let me ask you what
25 you understand about how this collision took place.  Just

Case 1:21-cv-03730-SDG   Document 50-6   Filed 08/31/22   Page 7 of 8

Candace Klein                                              May 12, 2021
Thompson, M And Laura R Vs. Klein Contracting Corp Et Al.

Page 54

1   tell me what you've learned from your investigation,
2   outside of what you've learned from your attorneys.
3       A.   Can you be more specific?
4       Q.   Sure.  How did the wreck -- how did the
5   collision itself take place?
6       A.   Do you want me to be specific regarding police
7   report, accident investigation; can you be more
8   specific.
9       Q.   Just your understanding that's in your mind
10  right now as to what happened.
11      A.   It is my understanding that at some point in
12  time, Mr. Tuccinardi drove to Grub Burger and went inside
13  the restaurant and sat down at the restaurant.  And it is
14  my understanding that he was on the phone at the time
15  with his fiancee and got into a fight and proceeded to
16  order multiple beverages.
17           Then it is my understanding that he, after
18  ordering excessively, got up and left the restaurant.
19  And it was my understanding that he hit a parked car.
20      Q.   And you've formed this understanding by talking
21  with Mr. Tuccinardi after the incident itself took
22  place?
23      A.   Yes.
24      Q.   And you mentioned police reports.  Have you
25  reviewed any police reports related to this incident?

Case 1:21-cv-03730-SDG   Document 50-6   Filed 08/31/22   Page 8 of 8

Candace Klein                                                May 12, 2021
Thompson, M And Laura R Vs. Klein Contracting Corp Et Al.

Page 76

1  A. That is correct.

2  Q. Okay.  And while personal errands may be

3 permitted in company vehicles, and personal use, playing

4 golf is not a term of Mr. Tuccinardi's or was not a term

5 of his employment with Klein; is that correct?

6  A. That is correct.

7  Q. Okay.  And to your knowledge, was he on the

8 golf course with a client or a prospective client?

9  A. He never had any interaction with any client or

10 prospective client, to my knowledge.

11  Q. Okay.  And the vehicle he was in when the

12 accident occurred on August 1st, 2020, that is not the

13 same vehicle that he used to drive to the job site that

14 morning; is that correct?

15  A. That is correct.

16  Q. Okay.  Walk us through your understanding of

17 the vehicle he was in, the vehicle he got in, the vehicle

18 he returned in.

19  A. Yes.  He would have come to Klein Contracting

20 to pick up the different vehicle because he needed a

21 ladder rack in order to get onto the roof system.  So he

22 came in, picked up a vehicle with a ladder rack in order

23 to look at that job.

24   That is not typical either.  But if he's going

25 at an atypical time and it's all an atypical world that